DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

**FILED**

Jun 15 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT ALVIN JUSTUS, JR., <br><br> Defendant. | CASE NO. 4:20-mj-70771-MAG <br><br> MOTION TO SEAL CRIMINAL COMPLAINT, ARREST WARRANT, MOTION TO SEAL, AND SEALING ORDER; [~~PROPOSED~~] SEALING ORDER <br><br> **(UNDER SEAL)** |

    The United States hereby moves the Court for an order sealing this Motion, the Complaint, the affidavit of Federal Bureau of Investigation Special Agent Brett Woolard, the Arrest Warrant, the Sealing Order, and all other related documents in the above-captioned case until further order of the Court. The reason for this request is that the investigation leading to this Complaint is still ongoing, and disclosure of the existence of the Complaint and Arrest Warrant could lead to potential destruction of evidence or flight by other individuals within the scope of the ongoing investigation.

    The United States also requests that, notwithstanding any sealing order, the Clerk of Court be required to give copies of the sealed documents to employees of the United States Attorney's Office, and that they be permitted to provide working copies to special agents and other investigative and law

enforcement officers of the U.S. Marshals Service, the Federal Bureau of Investigation and other federal law enforcement agencies, federally-deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, as necessary to effectuate the Court's order.

DATED:  June 12, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ Katherine M. Lloyd-Lovett
KATHERINE M. LLOYD-LOVETT
Assistant United States Attorney

**[~~PROPOSED~~] SEALING ORDER**

Based upon the motion of the United States and for good cause shown regarding the need to protect against the potential destruction of evidence and to prevent the possible flight of other individuals within the scope of the ongoing investigation, the Motion, the Complaint, the affidavit of Federal Bureau of Investigation Special Agent Brett Woolard, the Arrest Warrant, the Sealing Order, and all other related documents shall be sealed until further order of the Court. Endorsed, filed copies shall be provided to the United States Attorney's Office, which shall be permitted to provide working copies to Deputy U.S. Marshals, special agents of the Federal Bureau of Investigation and other federal law enforcement officers, federally-deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers as necessary to effectuate the Court's order.

IT IS SO ORDERED.

DATED: June 12, 2020

_[signature: Kandis Westmore]_
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE