FILED

Jun 16 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT ALVIN JUSTUS, JR.,<br><br>    Defendants. | CASE NO. 4:20-MJ-70771-MAG<br><br>UNITED STATES' MOTION TO UNSEAL COMPLAINT AND DOCKET AND [PROPOSED] ORDER<br><br>[UNDER SEAL] |

    The United States respectfully moves the Court to unseal *United States v. Robert Alvin Justus, Jr.* (Case No. 4:20-MJ-70771-MAG) and the Complaint in that matter. The United States requests that the Court order the unsealing effective at 9:30 a.m. on June 16, 2020.

DATED: June 15, 2020                  Respectfully submitted,

                                          DAVID L. ANDERSON
                                          United States Attorney


                                          _/s/ Katherine M. Lloyd-Lovett_
                                          KATHERINE M. LLOYD-LOVETT
                                          Assistant United States Attorney

MOTION TO UNSEAL AND [PROPOSED] ORDER
4:20-MJ-70771 MAG

1

**[PROPOSED] ORDER**

2  Based on the foregoing request, the Court hereby **ORDERS** that the docket and Complaint in *United States v. Robert Alvin Justus, Jr.* (Case No. 4:20-MJ-70771-MAG) shall be unsealed, effective at 9:30 a.m. on June 16, 2020.

**IT IS SO ORDERED**.

Dated: June __15__, 2020

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

MOTION TO UNSEAL AND [PROPOSED] ORDER
4:20-MJ-70771 MAG