AO 257 (Rev. 6/78)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED JUN 25 2020
SUSAN Y. SOONG
U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

18 U.S.C. §§ 1114(1), 1111 – First Degree Murder of a Person Assisting an Officer or Employee of the U.S. Government (Count One); 18 U.S.C. §§ 1114(3), 1111 – Attempted Murder of a Person Assisting an Officer or Employee of the U.S. Government (Count Two); 18 U.S.C. § 2(a) – Aiding and Abetting (Counts One and Two)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count One: Life imprisonment or death; $250,000 fine; $100 special assessment; restitution; forfeiture

Count Two: 20 years' imprisonment; 3 years' supervised release; $250,000 fine; $100 special assessment; restitution; forfeiture

**DEFENDANT - U.S**

▶ STEVEN CARRILLO

DISTRICT COURT NUMBER

CR 20 0265 YGR

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO. 4:20-mj-70785

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   David L. Anderson

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
_____

Date/Time: _____ Before Judge: _____

Comments:



AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING | | Name of District Court, and/or Judge/Magistrate Location — NORTHERN DISTRICT OF CALIFORNIA, OAKLAND  **FILED JUN 25 2020** |

**OFFENSE CHARGED**

18 U.S.C. §§ 1114(1), 1111 – First Degree Murder of a Person Assisting an Officer or Employee of the U.S. Government (Count One); 18 U.S.C. §§ 1114(3), 1111 – Attempted Murder of a Person Assisting an Officer or Employee of the U.S. Government (Count Two); 18 U.S.C. § 2(a) – Aiding and Abetting (Counts One and Two)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Count One: Life imprisonment or death; $250,000 fine; $100 special assessment; restitution; forfeiture

Count Two: 20 years' imprisonment; 3 years' supervised release; $250,000 fine; $100 special assessment; restitution; forfeiture

**DEFENDANT - U.S**
▶ ROBERT ALVIN JUSTUS, JR.

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
YGR

**DISTRICT COURT NUMBER**
CR 20 0265

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO. 4:20-mj-70771

Name and Office of Person Furnishing Information on this form  DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  David L. Anderson

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction     ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No     If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
JUN 25 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

VENUE: Oakland

UNITED STATES OF AMERICA,

V.

STEVEN CARRILLO and
ROBERT ALVIN JUSTUS, JR.,

YGR

CR 20 0265

DEFENDANT.

---

INDICTMENT

18 U.S.C. §§ 1114(1), 1111 – First Degree Murder of a Person Assisting an Officer or Employee of the United States Government;
18 U.S.C. §§ 1114(3), 1111 – Attempted Murder of a Person Assisting an Officer or Employee of the United States Government;
18 U.S.C. § 2(a) – Aiding and Abetting;
18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, 28 U.S.C. § 2461(c) – Forfeiture

---

A true bill.

/s/ Foreperson of the Grand Jury
_____
Foreman

Filed in open court this __25th__ day of __June, 2020__

_____
Clerk

*Virginia K. DeMarchi*

Bail, $ No Process

```
DAVID L. ANDERSON (CABN 149604)
United States Attorney
```

FILED

JUN 25 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> STEVEN CARRILLO and <br> ROBERT ALVIN JUSTUS, JR., <br> Defendants. | CASE NO. CR 20 0265 <br> VIOLATIONS: <br> 18 U.S.C. §§ 1114(1), 1111 – First Degree Murder of a Person Assisting an Officer or Employee of the United States Government; <br> 18 U.S.C. §§ 1114(3), 1111 – Attempted Murder of a Person Assisting an Officer or Employee of the United States Government; <br> 18 U.S.C. § 2(a) – Aiding and Abetting; <br> 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, 28 U.S.C. § 2461(c) – Forfeiture <br> OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    (18 U.S.C. §§ 1114(1), 1111, 2(a) – First Degree Murder of a Person Assisting an Officer or Employee of the United States Government; Aiding and Abetting)

1.    On or about May 29, 2020, in the Northern District of California, the defendants,

STEVEN CARRILLO and ROBERT ALVIN JUSTUS, JR.,

did, with premeditation and malice aforethought, unlawfully kill victim D.U., a Protective Security Officer contracted to provide security in assistance of the Federal Protective Service, part of the

INDICTMENT                                1

Department of Homeland Security, an agency within the executive branch of the United States Government, while D.U. was assisting officers and employees of the United States in the performance of official duties and on account of that assistance, and did aid, abet, counsel, induce, and procure the same, in violation of Title 18, United States Code, Sections 1114(1), 1111, and 2(a).

COUNT TWO: (18 U.S.C. §§ 1114(3), 1111, 2(a) – Attempted Murder of a Person Assisting an Officer or Employee of the United States Government; Aiding and Abetting)

2. On or about May 29, 2020, in the Northern District of California, the defendants,

STEVEN CARRILLO and ROBERT ALVIN JUSTUS, JR.,

did, with premeditation and malice aforethought, attempt to unlawfully kill victim S.M., a Protective Security Officer contracted to provide security in assistance of the Federal Protective Service, part of the Department of Homeland Security, an agency within the executive branch of the United States Government, while S.M. was assisting officers and employees of the United States in the performance of official duties and on account of that assistance, and did aid, abet, counsel, induce, and procure the same, in violation of Title 18, United States Code, Sections 1114(3), 1111, and 2(a).

FORFEITURE ALLEGATION: (18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c))

3. The factual allegations contained in Counts One and Two of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1).

4. Upon a conviction for the offenses alleged in Counts One and Two above, the defendants,

STEVEN CARRILLO and ROBERT ALVIN JUSTUS, JR.,

shall forfeit to the United States any firearm or ammunition involved in or used in any knowing violation of said offenses, including but not limited to the following property:

    a. one AR-15-style rifle, specifically, a 9x19 mm caliber Privately Made Firearm with no manufacturer's markings and an overall length of approximately 23-1/8 inches that accepts Glock-type magazines and is a machinegun that was seized in Ben Lomond, California, on or about June 6, 2020.

INDICTMENT      2

1  All in violation of 18 U.S.C. § 924(d); 21 U.S.C. § 853; 28 U.S.C. § 2461(c); and Federal Rule of
2  Criminal Procedure 32.2.

#### NOTICE OF SPECIAL FINDINGS FOR DEFENDANT STEVEN CARRILLO

5. The allegations set forth in Count One of this Indictment are hereby realleged and incorporated by reference as if fully set forth herein.

6. As to Count One of this Indictment, defendant STEVEN CARRILLO:

   a. was 18 years of age or older at the time of the offense (18 U.S.C. § 3591(a));

   b. intentionally killed victim D.U. (18 U.S.C. § 3591(a)(2)(A));

   c. intentionally inflicted serious bodily injury that resulted in the death of victim D.U. (18 U.S.C. § 3591(a)(2)(B));

   d. intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and victim D.U. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C)); and

   e. intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and victim D.U. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D)).

7. As to Count One of this Indictment, defendant STEVEN CARRILLO, in the commission of the offense, knowingly created a grave risk of death to one or more persons in addition to victim D.U. (18 U.S.C. § 3592(c)(5)).

8. As to Count One of this Indictment, defendant STEVEN CARRILLO committed the offense after substantial planning and premeditation to cause the death of victim D.U. (18 U.S.C. § 3592(c)(9)).

9. As to Count One of this Indictment, defendant STEVEN CARRILLO intentionally killed or attempted to kill more than one person in a single criminal episode (18 U.S.C. § 3592(c)(16)).

INDICTMENT                                3

### NOTICE OF SPECIAL FINDINGS FOR DEFENDANT ROBERT ALVIN JUSTUS, JR.

10. The allegations set forth in Count One of this Indictment are hereby realleged and incorporated by reference as if fully set forth herein.

11. As to Count One of this Indictment, defendant ROBERT ALVIN JUSTUS, JR.:

    a. was 18 years of age or older at the time of the offense (18 U.S.C. § 3591(a)); and

    b. intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and victim D.U. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C)).

12. As to Count One of this Indictment, defendant ROBERT ALVIN JUSTUS, JR., in the commission of the offense, knowingly created a grave risk of death to one or more persons in addition to victim D.U. (18 U.S.C. § 3592(c)(5)).

13. As to Count One of this Indictment, defendant ROBERT ALVIN JUSTUS, JR., committed the offense after substantial planning and premeditation to cause the death of victim D.U. (18 U.S.C. § 3592(c)(9)).

DATED: June 25, 2020

A TRUE BILL.

/s/
_____
FOREPERSON

*Daniel L. Anderson* (signature)
_____
DAVID L. ANDERSON
United States Attorney

INDICTMENT    4