1  RICHARD G. NOVAK (SBN 149303)
   Richard G. Novak, A Professional Law Corp.
2  P.O. Box 5549
   Berkeley, CA 94705
3  626-578-1175 (voice)
   626-685-2562 (facsimile)
4  E-Mail: Richard@RGNLaw.com

5  SHAFFY MOEEL (SBN 238732)
   Moeel Law Office
6  1611 Telegraph Avenue, Suite 806
   Oakland, CA 94612-2147
7  415-735-5021 (voice)
   415-967-3062 (facsimile)
8  E-Mail: Shaffy@MoeelLaw.com

9  Attorneys for Defendant
   ROBERT ALVIN JUSTUS, JR.
10

11              **UNITED STATES DISTRICT COURT**

12        **NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

13

14  **UNITED STATES OF AMERICA,**          )   **DEATH PENALTY CASE**
                                            )
15              **Plaintiff,**              )   Case No. 4:20-cr-00265-YGR
                                            )
16              **vs.**                     )   **DEFENDANT JUSTUS' NOTICE
                                            )   OF LODGING OF
17                                          )   SUPPLEMENTAL EXHIBIT D IN
                                            )   SUPPORT OF HIS MOTION TO
18                                          )   COMPEL THE UNITED STATES
                                            )   ATTORNEY TO GIVE COUNSEL
19  **STEVEN CARRILLO (1) and**             )   FOR THE DEFENDANT A
                                            )   REASONABLE OPPORTUNITY
20  **ROBERT ALVIN JUSTUS, JR. (2),**       )   TO PRESENT INFORMATION
                                            )   WHICH MAY BEAR ON THE
21              **Defendants.**             )   DECISION WHETHER TO SEEK
                                            )   THE DEATH PENALTY**
22                                          )
                                            )   BEFORE THE HONORABLE
23                                          )   YVONNE GONZALEZ ROGERS,
                                            )   DISTRICT JUDGE
24                                          )
                                            )   Hearing Date: October 28, 2020
25                                          )
                                            )   Hearing Time: 2:00 P.M.
26                                          )
        _____)   Location of Hearing: Courtroom 1
27

28

1    Defendant Robert Alvin Justus, Jr., by and through his counsel of record,

2  Richard G. Novak and Shaffy Moeel, hereby files a supplemental exhibit in support

3  of his motion for an order compelling the United States Attorney to provide counsel

4  for Mr. Justus with a "reasonable opportunity to present information which may bear

5  on the decision whether to seek the death penalty."

6    The attached Exhibit D is a transmittal letter from the government, dated

7  October 23, 2020, and contains an index of the additional discovery shipped to

8  counsel for the defendants on that date.  This additional discovery came to counsels'

9  attention after the filing of Mr. Justus' reply brief on October 20, 2020.

10

11  Dated: October 24, 2020              Respectfully submitted,

12
                                       RICHARD G. NOVAK
13                                     SHAFFY MOEEL

14

15                                     /s/*Richard G. Novak*
                                       RICHARD G. NOVAK
16                                     Attorneys for Robert Alvin Justus, Jr.

17

18

19

20

21

22

23

24

25

26

27

28



EXHIBIT D



# U.S. Department of Justice

*United States Attorney*
*Northern District of California*

| | |
|---|---|
| *11th Floor, Federal Building* | *(415) 436-7200* |
| *450 Golden Gate Ave., Box 36055* | |
| *San Francisco, CA 94102-3495* | *Fax: (415) 436-7234* |

October 23, 2020

**VIA FEDEX**
Richard Novak, Esq.
Shaffy Moeel, Esq.



*Counsel for Justus*

> Re:   *United States v. Robert Alvin Justus, Jr.*
> 20-CR-00265-YGR-2

Dear Counsel:

Pursuant to your request for discovery, enclosed is an encrypted[1] DOJ Apricorn hard drive which contains copies of the below discovery. Please maintain this discovery pursuant to the terms of the parties' agreed-upon Stipulated Protective Order, as we have previously discussed.

| Beg. Bates | End Bates | General Description of Contents |
|---|---|---|
| | | **0000001 Series - FBI Reports** |
| US-0001145 | US-0001148 | FD-302 Report re Fed building video cameras - FPS physical security supervisor |
| US-0001149 | US-0001150 | FD-302 Report re Interview of ███████ |
| US-0001151 | US-0001153 | FD-302 Report re Interview of ███████ |
| | | **2000000 Series - SC Reports** |
| US-2000216 | US-2000221 | SCSO Vehicle Processing Report (white Camry) |
| | | **4000000 Series - Other Reports** |
| US-4000772 | US-4000799 | ██████ Autopsy Report |
| US-4000800 | US-4000833 | DOD Lab Report for AFOSI re phone analysis of ██████ & ███████ cell phones |
| US-4000834 | US-4000957 | Victim 2's Medical Records from Highland Hospital |
| | | |

---

[1] Password will be sent separately by email. Please return the hard drive when you have downloaded the materials provided.

| Beg. Bates | End Bates | General Description of Contents |
|---|---|---|
| | | **5000000 Series – Photographs** |
| US-5004945 | US-5004959 | Selected X-Ray Images from Highland Hospital depicting Victim 2's Injuries |
| US-5004960 | US-5004968 | Photographs of [REDACTED] |
| US-5004969 | US-5005014 | Photographs of Underwood and Victim 2 at Highland Hospital |
| US-5005015 | US-5005019 | Five images of 1992 van at Big Basin property |
| US-5005020 | US-5005024 | Photographs of person detained in Ben Lomond |
| US-5005025 | US-5005051 | Photographs of Carrillo and his injuries before ambulance transport |
| US-5005052 | US-5005055 | Photographs of [REDACTED] being loaded onto rescue helicopter |
| US-5005056 | US-5005088 | Photographs of [REDACTED] injuries |
| US-5005089 | US-5005098 | Photographs of green Porsche (Night) |
| US-5005099 | US-5005107 | Photographs of green Porsche (Day) |
| US-5005108 | US-5005110 | Photos of Honda from the [REDACTED] surveillance camera |
| | | **800000 Series - Audio/Video** |
| US-800164 | US-800269 | Surveillance Video (Produced in Native Format) – See attached PDF spreadsheet |
| US-800270 | US-800270 | Audio interview of [REDACTED] (AMR) Filename: 2004722-1204346.MP3 |
| US-800271 | US-800271 | Snapchat Video [REDACTED] Phone Filename: Snapchat-474397515.mp4 |
| US-800272 | US-800273 | Interview of [REDACTED] including a photo (1 Native File) |
| US-800274 | US-800275 | Interview of [REDACTED] including a photo (1 Native File) |
| US-800276 | US-800280 | Interviews of [REDACTED] (5 Native Files) |
| US-800281 | US-800283 | Witness [REDACTED] Interview and Videos (3 Native Files) |
| US-800284 | US-800284 | Audio interview between SCSO [REDACTED] and [REDACTED] (1 Native File) |
| US-800285 | US-800285 | Audio interview between SCSO [REDACTED] and [REDACTED] (1 Native File) |
| US-800286 | US-800286 | Audio interview between SCSO [REDACTED] and [REDACTED] (1 Native File) |
| US-800287 | US-800287 | Audio interview between SCSO [REDACTED] and [REDACTED]lins (1 Native File) |
| US-800288 | US-800289 | Audio interview with [REDACTED] by SCSO [REDACTED] (2 Native Files) |
| US-800290 | US-800290 | Audio of call between [REDACTED] and owner where white Camry was located [REDACTED]) (1 Native File) |
| US-800291 | US-800291 | Cell phone video of the surveillance video from [REDACTED] (1 Native File) |
| US-800292 | US-800339 | [REDACTED] video and 2 text files (4 Native Files, 2 Videos, 2 txt) |
| US-800340 | US-800341 | Video interview with [REDACTED] (2 Native Files) |

| Beg. Bates | End Bates | General Description of Contents |
|---|---|---|
| | | **9000000 Series - Miscellaneous** |
| US-9000788 | US-9000788 | Justus Media: Kingston SD card Placeholder Produced in Native Format |
| US-9000789 | US-9000789 | Justus Media: Toshiba C55 laptop Placeholder Produced in Native Format |
| US-9000790 | US-9000790 | Justus Media: Toshiba L755 laptop Placeholder Produced in Native Format |
| US-9000791 | US-9000791 | Placeholder for Disc titled SCENE2Go & Flythrough Produced in Native Format |

Much of this production consists of surveillance video footage collected from cameras around Oakland and elsewhere. To aid your review of this footage, we are providing certain collection information that the FBI compiled into a spreadsheet. This information is attached.

The enclosed materials and any future discovery provided to you which may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law is provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations. We reject any suggestion that the criminal local rules, including Criminal Local Rule 16-1(c), serve as valid authority for any substantive discovery obligations beyond that required under the applicable federal statutes and rules (e.g., Rule 16 and Jencks).

Please contact me if you have any questions concerning the foregoing.

Very truly yours,

DAVID L. ANDERSON
United States Attorney

/s/ *Philip Kopczynski*
PHILIP KOPCZYNSKI
Assistant United States Attorney

Encl: 1 DOJ Apricorn Hard Drive
PDF Excel Sheet re Surveillance Video

| # | BATES # | ADDRESS | NAME | TIME OFFSET (HH:MM:SS) | COLLECTED BY | COLLECTED DATE |
|---|---------|---------|------|------------------------|--------------|----------------|
| 1 | US-800164 | | #1 | | | 30/May/20 |
| 5 | US-800165 | | #2 (3 hrs.) | | | 30/May/20 |
| | US-800165 | | #2 (3 hrs.) | | | 30/May/20 |
| 8 | US-800166 | | | | | 30/May/20 |
| 10 | US-800167 | | | 0:00:00 | | 30/May/20 |
| 12 | US-800168 | | #2 Ask Building | | | 30/May/20 |
| 13 | US-800169 | | #2 | 0:00:00 | | 31/May/20 |
| 14 | US-800170 | | | | | 31/May/20 |
| 15 | US-800171 | | #2 | | | 31/May/20 |
| 16 | US-800172 | | | -0:59:18 | | 31/May/20 |
| 17 | US-800173 | | | +0:04:16 | | 31/May/20 |
| 18 | US-800174 | | | | | 1/Jun/20 |
| 21 | US-800175 | | | | | 1/Jun/20 |
| 22 | US-800176 | | | +0:00:02 | | 1/Jun/20 |
| 23 | US-800177 | | | 0:00:00 | | 1/Jun/20 |
| 24 | US-800178 | | | -00:21:12 | | 1/Jun/20 |
| 25 | US-800179 | | | 0:00:00 | | 2/Jun/20 |
| 26 | US-800180 | | | +15:58:57 | | 2/Jun/20 |
| 27 | US-800181 | | | 0:00:00 | | 1/Jun/20 |
| 29 | US-800182 | | | | | 1/Jun/20 |
| 30 | US-800183 | | | +00:24:17 | | 2/Jun/20 |
| 31 | US-800184 | | | -0:00:10 | | 2/Jun/20 |
| 32 | US-800185 | | | -0:01:08 | | 2/Jun/20 |
| 33 | US-800186 | | | -0:53:00 | | 2/Jun/20 |
| 35 | US-800187 | | | | | 2/Jun/20 |
| 36 | US-800188 | | | 0:00:00 | | 2/Jun/20 |
| 37 | US-800189 | | | | | 2/Jun/20 |
| 38 | US-800190 | | | | | 3/Jun/20 |
| 39 | US-800191 | | | 0:00:00 | | 3/Jun/20 |
| 40 | US-800192 | | | -0:09:00 | | 3/Jun/20 |
| 41 | US-800193 | | | 0:00:00 | | 2/Jun/20 |
| 42 | US-800194 | | | -0:55:00 | | 2/Jun/20 |
| 43 | US-800195 | | | 0:00:00 | | 2/Jun/20 |
| 44 | US-800196 | | | 0:00:00 | | 3/Jun/20 |
| 46 | US-800197 | | | 0:00:00 | | 4/Jun/20 |
| 47 | US-800198 | | | 0:00:00 | | 4/Jun/20 |
| 48 | US-800199 | | | 0:00:00 | | 5/Jun/20 |
| 49 | US-800200 | | | 0:00:00 | | 4/Jun/20 |
| 50 | US-800201 | | | -0:00:01 | | 4/Jun/20 |
| 51 | US-800202 | | | -01:08:35 | | 4/Jun/20 |
| 52 | US-800203 | | | -0:00:03 | | 4/Jun/20 |
| 53 | US-800204 | | | 0:00:00 | | 4/Jun/20 |
| 54 | US-800205 | | | 0:00:00 | | 4/Jun/20 |
| 55 | US-800206 | | | -0:57:00 | | 4/Jun/20 |
| 56 | US-800207 | | | 0:00:00 | | 4/Jun/20 |
| 57 | US-800208 | | | 0:00:00 | | 5/Jun/20 |
| 58 | US-800209 | | | +1:00:00 | | 5/Jun/20 |
| 59 | US-800210 | | | +1:00:00 | | 5/Jun/20 |
| 60 | US-800211 | | | +0:13:00 | | 5/Jun/20 |
| 61 | US-800212 | | | 0:00:00 | | 5/Jun/20 |
| 62 | US-800213 | | | -0:14:00 | | 5/Jun/20 |
| 63 | US-800214 | | | 0:00:00 | | 5/Jun/20 |
| 64 | US-800215 | | | 0:00:00 | | 5/Jun/20 |

| # | BATES # | ADDRESS | NAME | TIME OFFSET (HH:MM:SS) | COLLECTED BY | COLLECTED DATE |
|---|---------|---------|------|------------------------|--------------|----------------|
| 65 | US-800216 | | | 0:00:00 | | 5/Jun/20 |
| 66 | US-800217 | | | +0:10:00 | | 5/Jun/20 |
| 67 | US-800218 | | | 0:00:00 | | 5/Jun/20 |
| 68 | US-800219 | | | +03:01:06 | | 5/Jun/20 |
| 69 | US-800220 | | | 0:00:00 | | 5/Jun/20 |
| 70 | US-800221 | | | 0:00:00 | | 5/Jun/20 |
| 71 | US-800222 | | | 0:00:00 | | 6/Jun/20 |
| 72 | US-800223 | | | 0:00:00 | | 6/Jun/20 |
| 73 | US-800224 | | | -11:56:00 | | 6/Jun/20 |
| 74 | US-800225 | | | -0:03:00 | | 6/Jun/20 |
| 75 | US-800226 | | | -0:01:09 | | 6/Jun/20 |
| 76 | US-800227 | | | -0:00:06 | | 6/Jun/20 |
| 77 | US-800228 | | | 0:00:00 | | 6/Jun/20 |
| 78 | US-800229 | | | +0:02:40 | | 6/Jun/20 |
| 79 | US-800230 | | | 0:00:00 | | 6/Jun/20 |
| 80 | US-800231 | | | | | 6/Jun/20 |
| 82 | US-800232 | | | 0:00:00 | | 8/Jun/20 |
| 83 | US-800233 | | | 0:00:00 | | 8/Jun/20 |
| 84 | US-800234 | | | 0:00:00 | | 8/Jun/20 |
| 85 | US-800235 | | | 0:00:00 | | 8/Jun/20 |
| 86 | US-800236 | | | 0:00:00 | | 8/Jun/20 |
| 87 | US-800237 | | | 0:00:00 | | 8/Jun/20 |
| 88 | US-800238 | | | -0:01:15 | | 8/Jun/20 |
| 89 | US-800239 | | | 0:00:00 | | 9/Jun/20 |
| 90 | US-800240 | | | 0:00:00 | | 9/Jun/20 |
| 91 | US-800241 | | | +0:04:56 | | 10/Jun/20 |
| 92 | US-800242 | | | 0:00:00 | | 10/Jun/20 |
| 93 | US-800243 | | | 0:00:00 | | 10/Jun/20 |
| 94 | US-800244 | | | +0:07:00 | | 10/Jun/20 |
| 95 | US-800245 | | | 0:00:00 | | 11/Jun/20 |
| 96 | US-800246 | | | +0:07:55 | | 11/Jun/20 |
| 97 | US-800247 | | | -0:25:00 | | 10/Jun/20 |
| 98 | US-800248 | | | 0:00:00 | | 11/Jun/20 |
| | US-800248 | | | 0:00:00 | | 11/Jun/20 |
| | US-800248 | | | 0:00:00 | | 11/Jun/20 |
| | US-800248 | | | 0:00:00 | | 11/Jun/20 |
| | US-800248 | | | 0:00:00 | | 11/Jun/20 |
| | US-800248 | | | 0:00:00 | | 11/Jun/20 |
| | US-800248 | | | 0:00:00 | | 11/Jun/20 |
| 99 | US-800249 | | | 0:00:00 | | 11/Jun/20 |
| 103 | US-800250 | | | 0:00:00 | | 12/Jun/20 |
| 104 | US-800251 | | | 0:00:00 | | 12/Jun/20 |
| 105 | US-800252 | | | -0:28:00 | | 12/Jun/20 |
| 106 | US-800253 | | | 0:00:00 | | 12/Jun/20 |
| 108 | US-800254 | | | +0:14:00 | | 12/Jun/20 |
| 109 | US-800255 | | | +24:10:00 | | 12/Jun/20 |
| 110 | US-800256 | | | +0:05:00 | | 12/Jun/20 |
| 111 | US-800257 | | | 0:00:00 | | 12/Jun/20 |
| 113 | US-800258 | | | 0:00:00 | | 11/Jun/20 |
| 114 | US-800259 | | | 0:00:00 | | 11/Jun/20 |
| 116 | US-800260 | | | | | 15/Jun/20 |
| 117 | US-800261 | | | | | 15/Jun/20 |
| 118 | US-800262 | | | | | 16/Jun/20 |

| # | BATES # | ADDRESS | NAME | TIME OFFSET (HH:MM:SS) | COLLECTED BY | COLLECTED DATE |
|---|---------|---------|------|------------------------|--------------|----------------|
| 119 | US-800263 | ███████████ | ████████████ | | ████████ | 17/Jun/20 |
| 120 | US-800264 | ███████████ | ████████████ | | ████████ | 17/Jun/20 |
| 127 | US-800265 | ███████████ | ████████████ | | ████████ | |
| 128 | US-800266 | ███████████ | ████████████ | | ████████ | |
| 129 | US-800267 | ███████████ | ████████████ | | ████████ | |
| 130 | US-800268 | ███████████ | ████████████ | | ████████ | 6/Jul/20 |
| 133 | US-800269 | ███████████ | ████████████ | | | |