DAVID L. ANDERSON (CABN 149604)
United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7027
    USACAN.USA-Filings@usdoj.gov

Attorney for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 20-CR-265 YGR |
| Plaintiff, | NOTICE OF WITHDRAWAL OF COUNSEL |
| v. | |
| STEVEN CARRILLO and<br>ROBERT ALVIN JUSTUS, JR., | |
| Defendants. | |

    Please take notice that the undersigned withdraws as counsel for the United States. Please designate Assistant United States Attorney Philip Kopczynski as lead counsel for the United States.

Dated: February 26, 2021            Respectfully submitted,

                                                       /s/
                                              DAVID L. ANDERSON
                                              United States Attorney

NOTICE OF WITHDRAWAL
20-CR-265 YGR