STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7027
    Philip.Kopczynski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-265 YGR |
| Plaintiff, | STATEMENT RE: DEATH PENALTY PROTOCOL |
| v. | |
| STEVEN CARRILLO and ROBERT ALVIN JUSTUS, JR., | |
| Defendants. | |

       In response to the Court's request at the February 1, 2021 status conference and subsequent written order, Dkt. 55, the government submits this statement about the Department of Justice's current approach to capital cases. The Department of Justice's approach in this case is unchanged since February 2021. When deciding whether to seek the death penalty against a particular defendant, the government follows the policies and procedures outlined in Chapter 9-10.000 of the Justice Manual, as previously summarized by the government in this case, Dkt. 39 at 7–9, and available in full here. The government will promptly notify the Court should any policy changes occur that affect this case.

1

1

Dated: April 14, 2021

STEPHANIE M. HINDS
Acting United States Attorney

2

3

____/s/_____

4

PHILIP KOPCZYNSKI
Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28