STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7027
    philip.kopczynski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 20-CR-265 YGR |
| Plaintiff, | MOTION TO ISSUE RULE 17 SUBPOENA; [PROPOSED] ORDER |
| v. | |
| STEVEN CARRILLO and ROBERT ALVIN JUSTUS, JR., | |
| Defendants. | |

Under Federal Rule of Criminal Procedure 17 and Criminal Local Rule 17-2, the government moves for leave of Court to issue the attached document subpoena.

Defendant Steven Carrillo is charged in Count One with the murder of D.U. Dkt. 12. Carrillo has requested that the government produce "[m]edical records (ER) for the deceased." The government does not possess records from the hospital where D.U. was taken after being shot, and a representative of the hospital has advised that they require a subpoena before releasing records. Accordingly, to obtain the records requested by Carrillo, the government asks the Court to approve the issuance of the attached subpoena.

//

DATED: April 16, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney


_____/s/_____
PHILIP KOPCZYNSKI
Assistant United States Attorney


# [PROPOSED] ORDER

The motion is GRANTED. The Court grants leave to the United States to issue the attached subpoena under Federal Rule of Criminal Procedure 17.

IT IS SO ORDERED.


DATED: **_____**_

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge


MOT. RE: RULE 17 SUBPOENA
Case No. CR 20-265 YGR