```
 1  STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
 2
    HALLIE HOFFMAN (CABN 210020)
 3  Chief, Criminal Division

 4  PHILIP KOPCZYNSKI (NYBN 4627741)
    Assistant United States Attorney
 5
           450 Golden Gate Avenue, Box 36055
 6         San Francisco, California 94102-3495
           Telephone: (415) 436-7200
 7         Facsimile: (415) 436-7027
           philip.kopczynski@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 20-265 YGR |
|---|---|
| Plaintiff, | ) **MOTION TO SEAL DOCUMENTS;** <br> ) **[PROPOSED] ORDER** |
| v. | ) |
| STEVEN CARRILLO and <br> ROBERT ALVIN JUSTUS, JR., | ) |
| Defendants. | ) |

The United States moves the Court to seal the documents filed at docket number 85, pages 2–19, and for these documents to remain under seal until further order of the Court. These documents are a subpoena return consisting of medical records for a victim. They are replete with personally identifying information and other sensitive information. The relevant rules, including Criminal Local Rule 17-2(b), do not provide for documents such as these to be publicly filed. To protect the privacy interests at stake, the documents should be sealed.

//

| | |
|---|---|
| DATED: May 4, 2021 | STEPHANIE M. HINDS<br>Acting United States Attorney |
| | _/s/_____<br>PHILIP KOPCZYNSKI<br>Assistant United States Attorney |

### [PROPOSED] ORDER

Good cause appearing, the documents filed at pages 2 through 19 of docket entry number 85 shall be sealed and remain so until further order of the Court.

IT IS SO ORDERED.

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

MOT. TO SEAL
Case No. CR 20-265 YGR