1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  PATRICK K. O'BRIEN (CABN 292470)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7126
7      FAX: (415) 436-7234
       Patrick.OBrien@usdoj.gov
8
   Attorneys for United States of America
9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                            OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,        ) No. 20-CR-00265-YGR
                                      )
14 |     Plaintiff,                   ) NOTICE OF APPEARANCE OF COUNSEL
                                      )
15 |     v.                           )
                                      )
16 | STEVEN CARRILLO, and             )
   | ROBERT ALVIN JUSTUS, JR.         )
17 |                                  )
                                      )
18 |     Defendants.                  )
                                      )
19 |_____    )

20
       PLEASE TAKE NOTICE that Assistant United States Attorney Patrick O'Brien hereby enters
21
   his appearance as Counsel for the United States of America in the above-referenced case.
22
   Future ECF notices should be sent to AUSA O'Brien with the following contact information:
23
                          **PATRICK O'BRIEN**
24                        Assistant United States Attorney
                          450 Golden Gate Avenue, Box 36055
25                        San Francisco, CA 94102-3495
                          Telephone: (415) 436-7126
26                        Facsimile: (415) 436-7234
                          Email: Patrick.OBrien@usdoj.gov
27

28

NOTICE OF APPEARANCE OF COUNSEL          1                              v. 11/1/2018
20-CR-00265-YGR

| | |
|---|---|
| DATED: June 4, 2021 | Respectfully submitted,<br><br>STEPHANIE M. HINDS<br>Acting United States Attorney<br><br>*/s/ Patrick O'Brien*<br>PATRICK K. O'BRIEN<br>Assistant United States Attorney |