STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. 20-CR-265 YGR |
|---|---|
| Plaintiff, | ) NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | ) |
| STEVEN CARRILLO and ROBERT ALVIN JUSTUS, JR., | ) |
| Defendants. | ) |

The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Jonathan U. Lee appears in this matter in substitution of AUSA Patrick K. O'Brien.  Future ECF notices should be sent to Assistant United States Attorney Lee with the following contact information:  Jonathan U. Lee, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; phone (415) 436-7200; email: jonathan.lee@usdoj.gov.  AUSA Patrick K. O'Brien should be removed from the list of persons to be noticed.

DATED:  January 19, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ *Jonathan U. Lee*
_____
JONATHAN U. LEE
Assistant United States Attorney