STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> STEVEN CARRILLO and ROBERT ALVIN JUSTUS, JR., <br>     Defendants. | CASE NO. CR 20-265 YGR <br><br> UNITED STATES' NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY AS TO STEVEN CARRILLO AND ROBERT ALVIN JUSTUS, JR. |

    The United States hereby notifies the Court and the parties that it has elected not to seek the punishment of death against the following defendants for the capital crime charged in Count One of the pending Indictment in CR 20-265 YGR:

    STEVEN CARRILLO

    ROBERT ALVIN JUSTUS, JR.,

//
//
//
//
//

1  DATED: January 31, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ *Jonathan U. Lee*

_____
JONATHAN U. LEE
Assistant United States Attorney