1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-6748
       Email: jonathan.lee@usdoj.gov
8
   Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                  OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,            ) Case No. 20-CR-265 YGR
                                        )
14        Plaintiff,                    ) STIPULATION AND [PROPOSED] ORDER TO
                                        ) CONTINUE STATUS CONFERENCE FROM
15     v.                               ) AUGUST 15, 2022 TO AUGUST 24, 2022
                                        )
16 STEVEN CARRILLO and                  )
   ROBERT ALVIN JUSTUS, JR.,            )
17                                      )
          Defendants.                   )
18                                      )
                                        )
19 _____)

20

21

22

23

24

25

26

27

28

   STIPULATION RE STATUS CONFERENCE
   CASE NO. 20-CR-265 YGR

The Court set a status conference in this matter for August 15, 2022 at 3:00 p.m. Dkt. No. 134. Due to revised scheduling protocols, that date is no longer practicable. After consultation with the Court's staff regarding alternative dates, the parties hereby agree and stipulate to move the status conference to August 24, 2022 at 3:00 p.m.

IT IS SO STIPULATED.

The undersigned Assistant United States Attorney certifies that counsel for the defendants have given their approval to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

Dated: April 20, 2022

/s/ *Jonathan U. Lee*
JONATHAN U. LEE
Assistant United States Attorney

/s/ *Shaffy Moeel*
SHAFFY MOEEL
RICHARD NOVAK
Counsel for Defendant ROBERT ALVIN JUSTUS, JR.

STIPULATION RE STATUS CONFERENCE
CASE NO. 20-CR-265 YGR

**[PROPOSED] ORDER**

The Court hereby resets the status conference from August 15, 2022 at 3:00 p.m. to August 24, 2022 at 3:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

                                                            _____
                                                            HON. YVONNE GONZALEZ ROGERS
                                                            United States District Judge

CASE NO. 20-CR-265 YGR