1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-6748
       Email: jonathan.lee@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-265 YGR |
| Plaintiff, | UNITED STATES' STATUS REPORT REGARDING RESTITUTION AND REQUEST FOR SETTING OF A RESTITUTION HEARING |
| v. | |
| STEVEN CARRILLO and ROBERT ALVIN JUSTUS, JR., | Date: June 3, 2022<br>Time: 10:30 a.m.<br>Court: Courtroom 4, 17th Floor, San Francisco<br>Before: Hon. Yvonne Gonzalez Rogers |
| Defendants. | |

In its sentencing memorandum filed May 20, 2022, the United States informed the Court that it notified the victims of their right to submit restitution claims before the June 3 hearing but had not yet received the claims. Since that filing, the United States has received information from some of the victims and continues to collect information supportive of restitution. As a result, pursuant to 18 U.S.C. § 3664(d)(5), the United States informs the Court that the victim's losses are not fully known 10 days prior to sentencing, and requests that the Court set a date for the final determination of the claims within 90 days of the sentencing hearing, if the parties are unable to reach a stipulated resolution.

DATED: June 2, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ *Jonathan U. Lee*
_____
JONATHAN U. LEE
Assistant United States Attorney