RICHARD G. NOVAK (SBN 149303)
Richard G. Novak, A Professional Law Corp.
P.O. Box 5549
Berkeley, CA 94705
626-578-1175 (voice)
E-Mail: Richard@RGNLaw.com

SHAFFY MOEEL (SBN 238732)
Moeel Lah Fakhoury LLP
1300 Clay St Ste 600
Oakland, CA 94612-1427
Phone: 510-500-9994
E-Mail: shaffy@mlf-llp.com

Attorneys for Defendant
ROBERT ALVIN JUSTUS, JR.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 4:20-cr-00265-YGR-2 |
| **Plaintiff,** | **STIPULATION OF PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANT ROBERT ALVIN JUSTUS, JR. TO CONTINUE STATUS CONFERENCE AND EXTEND THE DEADLINE FOR THE UNITED STATES TO MAKE ITS EXPERT WITNESS DISCLOSURES; DECLARATION OF COUNSEL** |
| vs. | |
| **ROBERT ALVIN JUSTUS, JR.,** | |
| **Defendant.** | BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS, DISTRICT JUDGE |

Plaintiff United States of America and defendant Robert Alvin Justus, Jr., by and through their respective counsel of record, hereby stipulate as follows:

1) to continue the status conference currently scheduled to occur on August 24, 2022 to September 7, 2022 or another date convenient to the Court and counsel, and

2) to extend from August 8, 2022 to October 3, 2022 the deadline for the United States to make its expert witness disclosures to Mr. Justus.

This stipulation is based upon the attached declaration of counsel.

Dated: August 4, 2022                    Respectfully submitted,

                                         RICHARD G. NOVAK
                                         SHAFFY MOEEL


                                         /s/*Richard G. Novak*
                                         RICHARD G. NOVAK
                                         Attorneys for Robert Alvin Justus, Jr.


                                         STEPHANIE M. HINDS
                                         United States Attorney

                                         /s/ *Jonathan U. Lee*
                                         JONATHAN U. LEE
                                         Assistant United States Attorney

## DECLARATION OF RICHARD G. NOVAK

I, RICHARD G. NOVAK, declare as follows:

1. Along with Shaffy Moeel, I am counsel of record for defendant Robert Alvin Justus, Jr. (Mr. Justus) in this matter. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. This matter is presently set for a status conference at 1:00 p.m. on Wednesday August 24, 2022. On August 23 and 24, 2022, I will be engaged in a two-day evidentiary hearing in a federal capital habeas proceeding in the Central District of California before the Honorable André Birotte, Jr., District Judge. The evidentiary hearing involves numerous witnesses who will testify in person and numerous witnesses who will testify remotely.

3. The matters in which this evidentiary hearing is scheduled are *Cynthia Lynn Coffman v. Michael Pallares (Warden)*, CDCA Case No. 06-cv-7304-AB and *James Gregory Marlow v. Ron Broomfield (Warden)*, CDCA Case No. 05-cv-6477-AB. Both Ms. Coffman and Mr. Marlow are under sentences of death imposed in a single capital murder proceeding in the San Bernardino Superior Court. Along with Attorney D. Jay Ritt, I am counsel for Ms. Coffman. Mr. Marlow is represented by the Federal Public Defender in that district.

4. It is my understanding that because Mr. Justus is detained at Santa Rita Jail and this Court intends to conduct the next status conference via video conferencing, the hearing must be held on a Wednesday at 1:00 p.m., and that it can only be scheduled on an every other week basis.

5. Counsel for the parties are available to participate in the status conference on Wednesday September 7, 2022 and respectfully request that this Court continue the status conference to that date. If that date is not convenient to the Court, the next Wednesday on which all counsel are available is October 19, 2022. Assistant United States Attorney Jonathan U. Lee ("Mr. Lee") has informed

me that he is available on September 7, 2022 and October 19, 2022 and that the government agrees to a continuance of the status conference for the reasons set forth above.

6. The parties are also in agreement that the deadline for the government to make its expert disclosures should be extended from August 8, 2022 to October 3, 2022. The current deadline was established by the Court in a scheduling order issued on November 23, 2021 (Doc. No. 122) Pursuant to that order, Mr. Justus' deadline for the filing of *Daubert* motions, if any, is October 31, 2022.

7. The parties agree that it is appropriate to extend that deadline because the parties will be actively engaging in settlement discussions over the next 60 days and there is a reasonably probability that a disposition will be agreed upon prior to October 3, 2022.

8. October 3, 2022 is also the deadline for the government to make its disclosures under Rule 404(b). If this matter is not resolved by that date, the period of time between October 3, 2022 and October 31, 2022 is sufficient time for Mr. Justus to prepare and file any *Daubert* motions that his counsel deem necessary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of August 2022.

 */s/ Richard G. Novak*
RICHARD G. NOVAK