UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT ALVIN JUSTUS, JR.,<br><br>    Defendant. | Case No. 4:20-cr-00265-YGR-02<br><br>**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXTENDING DEADLINE FOR THE UNITED STATES TO MAKE ITS EXPERT DISCLOSURES** |

For the reasons set forth in the stipulation of the parties and for good cause shown, the Court hereby orders as follows:

1) The status conference currently scheduled to occur on August 24, 2022 shall be continued to September 7, 2022, and

2) The deadline for the United States to make its expert disclosures is extended from August 8, 2022 to October 3, 2022.

IT IS SO ORDERED.

Dated: _____

Hon. Yvonne Gonzalez Rogers
United States District Court Judge