1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT ALVIN JUSTUS, JR.,<br><br>    Defendant. | Case No. 4:20-cr-00265-YGR-02<br><br>[~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND EXTENDING DEADLINE FOR THE UNITED STATES TO MAKE ITS EXPERT DISCLOSURES<br><br>*AS MODIFIED BY THE COURT* |

    For the reasons set forth in the stipulation of the parties and for good cause shown, the Court hereby orders as follows:

1) The status conference currently scheduled to occur on August 24, 2022 shall be continued to September 7, 2022 at 9:00 a.m. via Zoom, and

2) The deadline for the United States to make its expert disclosures is extended from August 8, 2022 to October 3, 2022.

IT IS SO ORDERED.

Dated: August 15, 2022

Hon. Yvonne Gonzalez-Rogers
United States District Court Judge

2