STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7210
    FAX: (415) 436-7234
    Jonathan.Lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-265 YGR |
| Plaintiff, | STIPULATION REGARDING RESTITUTION |
| v. | |
| STEVEN CARRILLO and ROBERT ALVIN JUSTUS, JR., | |
| Defendants. | |

The United States, by and through its counsel of record, and defendant Steven Carrillo, through his counsel of record, hereby stipulate as follows:

1. On February 11, 2022, the defendant pleaded guilty to use of a firearm in a crime of violence causing death in violation of 18 U.S.C. § 924(j) and attempted murder of a person assisting an officer or employee of the United States government, in violation of 18 U.S.C. §§ 1114(3) and 1113.

2. In the plea agreement, defendant agreed to pay full restitution for all losses caused by the offense for which he was charged in this case at the time of sentencing, but in no event less than $50,000, and he agreed that restitution will be due immediately and subject to immediate enforcement. See Plea Agreement, Dkt. 128, ¶ 10.

3. At the sentencing hearing on June 3, 2022, the Court deferred ruling on the restitution requests and set a restitution hearing date of September 1, 2022, at 9:00 a.m. Dkt. 153.

4. The Judgment, which was issued on June 6, 2022, provided: "The determination of restitution is deferred until 09/01/2022. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination." Dkt. 154, p. 6.

5. The parties met and conferred following the sentencing hearing and hereby inform the Court of their agreement regarding the terms of resolution of the pending restitution claim.

6. Defense counsel has discussed this stipulation with defendant, who has consented to pay restitution in the amount specified below.

7. The government conferred with the victims, including the family of D.U., and they have agreed to the amount specified below.

8. Consistent with the plea agreement, defendant agrees to pay the amount of $50,000.00 (Fifty Thousand Dollars exactly) in restitution to the victims.

9. Payment will be made to the Clerk of the Court, who will disburse the funds to the victims. The funds will be disbursed to A.U. and G.U., who will each receive 50% of the funds. The government will provide the name and address of A.U. and G.U. to the Clerk of the Court. The government has not received a claim for restitution from any other victim or victim family member other than A.U. and G.U.

10. The restitution amount will be paid during defendant's term of incarceration at no less

than $25 per yearly quarter followed by monthly payments of not less than $250 or at least 10 percent of earnings, whichever is greater, while on supervised release until he has paid the total amount of restitution. If defendant's economic circumstances change, the probation office may petition the Court to have the monthly contribution amount increased.

11. The parties jointly request that the Court issue an amended judgment setting forth the parties' stipulated restitution amount.

12. The parties accordingly request that the Court vacate the pending restitution hearing, which is currently set on September 1, 2022.

IT IS SO STIPULATED.

DATED: August 23, 2022                             Respectfully submitted,

                                                                  STEPHANIE M. HINDS
                                                                  United States Attorney

                                                                  s/*Jonathan U. Lee*
                                                                  _____
                                                                  JONATHAN U. LEE
                                                                   Assistant United States Attorney

DATED: August 23, 2022                             Respectfully submitted,

                                                                 s/*James Thomson*
                                                                  _____
                                                                  JAMES THOMSON
                                                                   Attorney for Defendant CARRILLO