1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7210
7      FAX: (415) 436-7234
       Jonathan.Lee@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,              ) CASE NO. CR 20-265 YGR
                                            )
14 |        Plaintiff,                      ) [PROPOSED] ORDER REGARDING
                                            ) RESTITUTION
15 |   v.                                   )
                                            )
16 | STEVEN CARRILLO and ROBERT ALVIN       )
   | JUSTUS, JR.,                           )
17 |                                        )
   |        Defendants.                     )
18 |                                        )
                                            )
19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER REGARDING RESTITUTION
CR 20-265 YGR

1   The Court having considered the stipulation of the government and defendant Steven Carrillo ("defendant") with respect to restitution in this matter, and good cause appearing therefore, hereby ORDERS:

Pursuant to the terms of the parties' stipulation, defendant Carrillo will pay restitution in the amount of $50,000.00 (Fifty Thousand Dollars exactly). Payment shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102. Probation will provide the Clerk of the Court with the name and contact information of the victims A.U. and G.U., who will each receive 50% of the funds received from defendant Carrillo.

The Court determines that the defendant does not have the ability to pay interest and orders that the interest requirement is waived for the restitution ordered.

The Court will issue an amended judgment setting forth the parties' stipulated restitution amount.

The pending date for a restitution hearing on September 1, 2022, at 9:00 a.m. is hereby vacated.

IT IS SO ORDERED.

DATE

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE