RICHARD G. NOVAK (SBN 149303)
Richard G. Novak, A Professional Law Corp.
P.O. Box 5549
Berkeley, CA 94705
626-578-1175 (voice)
626-685-2562 (facsimile)
E-Mail: Richard@RGNLaw.com

SHAFFY MOEEL (SBN 238732)
Moeel Lah Fakhoury LLP
1300 Clay St., Suite 600
Oakland, CA 94612
510-500-9994 (voice)
E-Mail: Shaffy@mlf-llp.com

Attorneys for Defendant
ROBERT ALVIN JUSTUS, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT ALVIN JUSTUS, JR.,**<br><br>**Defendants.** | Case No. 4:20-cr-00265-YGR<br><br>**DEFENDANT JUSTUS STATUS REPORT**<br><br>BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS, DISTRICT JUDGE<br><br>Hearing Date: September 7, 2022<br><br>Hearing Time: 9:00 a.m. |

Mr. Justus files this status report in advance of the September 7, 2022 hearing in this case to apprise the Court that on August 31, 2022, he submitted to the government a settlement proposal for his case. Mr. Justus' settlement proposal and supporting documentation contain approximately 250 pages.

-1-
**JUSTUS STATUS REPORT**

The parties plan to meet and confer further on the subject of settlement once the government has had time to review Mr. Justus' submission.

While Mr. Justus is still available to appear before the Court at the September 7, 2022 status hearing, should the Court prefer to reschedule to a later date, the defense is available to appear for a hearing on any future Wednesday beginning in October except for October 19, 2022 and November 23, 2022.

>
> Respectfully submitted,
>
> RICHARD G. NOVAK
> SHAFFY MOEEL
>
>
> /s/*Shaffy Moeel*
> SHAFFY MOEEL
> Attorneys for Robert Alvin Justus, Jr.