RICHARD G. NOVAK (SBN 149303)
Richard G. Novak, A Professional Law Corp.
P.O. Box 5549
Berkeley, CA 94705
626-578-1175 (voice)
626-685-2562 (facsimile)
E-Mail: Richard@RGNLaw.com

SHAFFY MOEEL (SBN 238732)
Moeel Lah Fakhoury LLP
1300 Clay St., Suite 600
Oakland, CA 94612
510-500-9994 (voice)
E-Mail: Shaffy@mlf-llp.com

Attorneys for Defendant
ROBERT ALVIN JUSTUS, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>**ROBERT ALVIN JUSTUS, JR.,**<br><br>    **Defendants.** | Case No. 4:20-cr-00265-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |

This matter is set for a status conference before the Court in the above-captioned matter on September 7, 2022 at 9:00 a.m. The parties continue to negotiate possible resolutions of the case. Thus, the parties stipulate and respectfully request that the September 7, 2022 status conference be continued to November 2, 2022. The parties also stipulate and request that the time period between September 7, 2022 through November 2, 2022 be excluded under the Speedy Trial Act, because failure to grant the

-1-
**STIPULATION AND [PROPOSED] ORDER**

requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial and in the prompt resolution of criminal cases. See id. §§ 3161(h)(7)(A), (B)(iv).

Dated: September 6, 2022

STEPHANIE HINDS

United States Attorney

*/s/ filed with permission*
JONATHAN LEE
Assistant United States Attorney


RICHARD G. NOVAK
SHAFFY MOEL

/s/*Shaffy Moeel*
SHAFFY MOEL
Attorneys for Robert Alvin Justus, Jr.

-2-
**STIPULATION AND [PROPOSED] ORDER**

[PROPOSED] ORDER

Accordingly, and for good cause shown, THE COURT ORDERS THAT:

The status hearing in this case set for September 7, 2022 at 9:00 a.m. be reset for November 2, 2022 at 1:00 p.m.

IT IS SO ORDERED.

DATED: _____

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER**