STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> STEVEN CARRILLO and <br> ROBERT ALVIN JUSTUS, JR., <br>     Defendants. | Case No. 20-CR-265 YGR <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINES (1) FOR THE UNITED STATES TO MAKE ITS EXPERT WITNESS DISCLOSURES AND RULE 404(B) DISCLOSURES AND (2) FOR THE DEFENDANT TO FILE DAUBERT MOTIONS |

STIPULATION RE EXTENSION OF CERTAIN PRETRIAL DATES
CASE NO. 20-CR-265 YGR

The parties by and through their counsel of record hereby stipulate as follows:

1. To extend from October 3, 2022 to October 17, 2022 the deadline for the United States to make its expert witness disclosures.
2. To extend from October 3, 2022 to October 17, 2022 the deadline for the United States to make its Rule 404(b) disclosures.
3. To extend from October 31, 2022 to November 14, 2022 the deadline for defendant Justus to file any *Daubert* motion.

The existing deadlines are set forth in the Court's Pretrial Order No. 3, issued November 23, 2021 (dkt. no. 122), with the exception of the expert witness disclosure deadline which was previously extended by stipulation and order from August 8, 2022 to October 3, 2022 (dkt. no. 162).

The parties submit this stipulation to facilitate their ongoing discussions regarding resolution of this matter. The parties agree that the deadlines should be extended as referenced above, subject to the permission of the Court, so that the parties may focus their efforts on the ongoing discussions.

The parties submit that the extensions requested are relatively brief and will not alter materially the parties' ability to meet pretrial deadlines for the remainder of the existing schedule. The parties further believe that the extensions are sufficient time for the United States to prepare and submit the expert witness disclosures and Rule 404(b) disclosures and for the defendant to prepare and file any *Daubert* motions that his counsel deem necessary.

**IT IS SO STIPULATED.**

Dated: September 28, 2022

          /s/
JONATHAN U. LEE
Assistant United States Attorney

          /s/
SHAFFY MOEL
RICHARD NOVAK
Counsel for Defendant ROBERT ALVIN JUSTUS, JR.

**[PROPOSED] ORDER**

The Court hereby extends these pretrial deadlines:

1. The deadline for the United States to make its expert witness disclosure is extended from October 3, 2022 to October 17, 2022.

2. The deadline for the United States to make its Rule 404(b) disclosures is extended from October 3, 2022 to October 17, 2022.

3. The deadline for defendant Justus to file any *Daubert* motion is extended from October 31, 2022 to November 14, 2022.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge

STIPULATION RE EXTENSION OF CERTAIN PRETRIAL DATES
CASE NO. 20-CR-265 YGR