UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**ROBERT ALVIN JUSTUS, JR.,**<br>Defendant. | Case No. 20-cr-265-2 YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby memorializes the following trial and pretrial dates set on November 30, 2022:

## PRETRIAL SCHEDULE

| | |
|---|---|
| Next Status Conference | March 8, 2023 via Zoom Platform 1:00 p.m. |
| Government expert disclosures under Fed. R. Crim. P. 16(a)(1)(G) | Friday, February 4, 2023 |
| Filing of motions to suppress evidence | Friday, March 4, 2023 |
| Government disclosures identifying evidence it will offer under Fed. R. Evid. 404(b) | Monday, April 4, 2023 |
| *Jencks* disclosures except to the extent that a prior court order has allowed postponement of such disclosure | Monday, April 18, 2023 |
| Defense filing of *Daubert* Motions<br>Filing of oppositions<br>Filing of replies | Monday, March 27, 2023<br>Monday, April 17, 2023<br>Monday, May 1, 2023 |
| Exchange and lodging of guilt-phase exhibits lists; Exchange and lodging of witness lists that identify all guilt-phase case-in-chief witnesses except to the extent that a prior court order has allowed postponement of such disclosure; Government disclosure of *Henthorn* material for law enforcement witnesses | Monday, June 12, 2023 |

| | |
|---|---|
| Defense reciprocal disclosures under Fed. R. Crim. P. 16(b)(1), including defense expert disclosures under Fed. R. Crim. P. 16(b)(1)(C); Filing of defense notices under Fed. R. Crim. P. 12.1(a) and 12.2(a) and (b)(1) | Tuesday, June 20, 2023 |
| Exchange (but not filing) of motions in *limine* | Monday, July 3, 2023 |
| Exchange (but not filing) of oppositions to motions in *limine*; Exchange of translations and transcriptions to be used at trial (with any challenges to those translations and transcriptions to be heard at the first pretrial conference) | Monday, July 17, 2023 |
| Filing of Government *Daubert* motions; Filing of any motions in *limine* that cannot be resolved through meet-and-confer | Monday, July 24, 2023 |
| Filing of joint pretrial conference statement, including proposed jury questions for jury Survey Monkey | Monday, July 31, 2023 |
| First Pre-trial Conference | Friday, August 4, 2023 at 9:00 a.m. |
| Material disclosed subject to an attorney's eyes-only protective order, if any, may be shown to defendants subject to any other restrictions in the protective order | Monday, August 21, 2023 |
| Filing of joint proposed jury instructions (comply with standing order re format), additional voir dire questions, proposed verdict form, and statement to be read to the jury during jury selection | Monday, August, 28, 2023 |
| Final Pre-trial Conference | To be determined |
| TRIAL DATE AND JURY SELECTION: | Monday, September 18, 2023 at 8:00 a.m. |

As discussed with the parties, trial will occur on Monday through Thursday, and given religious holidays and other conflicts, trial days will include: September 18-21, September 25-27, October 2-5, and if needed October 10-12, 2023.

Pursuant to the Court's Pretrial Instructions in Criminal Cases at Section 6, trial counsel shall meet and confer in advance of the Pretrial Conference.

The parties must comply with the Court's Standing Order in Criminal Cases for additional

deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 7, 2022

_____
YVONNE GONZALEZ ROGERS
United States District Judge