JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

Attorney for Defendant
STEVEN CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN CARRILLO,<br><br>Defendant. | Case No. 4:20-cr-00265-YGR<br><br>**STEVEN CARRILLO'S RESPONSE TO DEFENDANT ROBERT JUSTUS'S MOTION TO CONTINUE TRIAL**<br><br>Date: June 1, 2023<br>Time: 2:00 P.M.<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

On May 8, 2023, counsel for Robert Justus filed a motion to continue trial and memorandum of points and authorities. Doc #195. In the motion, counsel for Mr. Justus stated: "Mr. Carrillo was interviewed by multiple FBI Special Agents at the state prison where he is housed, on February 8, 2023." Doc #195 at 4. Counsel for Steven Carrillo files this response to clarify counsels' representation and to ensure Mr. Carrillo's safety in prison.

Counsels' language in the motion to continue might lead one to believe Mr. Carrillo voluntarily interviewed or cooperated with the government in some fashion. Nothing could be further from the truth. Counsels' loose language has the potential of having Mr. Carrillo labeled as a cooperator. Counsels' actions are inexcusable at best, and dangerous or lethal at worst.

1

On February 8, 2023, Mr. Carrillo was interviewed by California Department of Corrections and Rehabilitation (CDCR) staff in prison. Mr. Carrillo was told the interview concerned his placement at a CDCR facility. Accordingly, Mr. Carrillo answered the questions asked of him so as not to violate CDCR polices or rules.

Undersigned counsel understands that prior to the interview, two FBI Special Agents were present in the interview room conducting a separate interview of a separate individual on a separate matter not related to this case. A CDCR staff member invited the two FBI Special Agents to stay for the interview of Mr. Carrillo.

The CDCR staff member introduced himself to Mr. Carrillo as being a CDCR staff member. The two FBI Special Agents provided their names but did not introduce themselves as FBI Special Agents. Mr. Carrillo believed they were with the CDCR. He was not aware they were FBI Special Agents.

Mr. Carrillo has informed undersigned counsel he will not cooperate with the government or counsel for Mr. Justus and he will not testify in this action. He is not a cooperator, to even hint so is flagrantly wrong.

If the Court would like additional information regarding this matter, counsel for Mr. Carrillo will provide it in an *ex parte* hearing at the Court's scheduling.

DATED: May 9, 2023                              Respectfully submitted,

                                                */s/ James Thomson*

                                                _____
                                                JAMES THOMSON
                                                Attorney for Steven Carrillo