UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** May 12, 2023     **Time:** 50 Minutes     **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** [20-cr-00265-YGR-2](20-cr-00265-YGR-2)     **Case Name:** UNITED STATES v. Robert Justus, Present-In Custody

**Attorney for Plaintiff:** Jonathan Lee and John Bostic
**Attorney for Defendant:** Richard Novak and Shaffy Moeel

**Deputy Clerk:** Edwin Cuenco     **Reported by:** Raynee Mercado

**PROCEEDINGS:** Motion to Exclude Proffered Expert Testimony of Arie Perliger **- HELD**

Motion is argued and submitted.
The Government to disclose expert's database by the end of the month.
The Government to e-file a list of opinions for the Court and the defense to know what to opine on by 6/16/2023.
Evidentiary hearing is set for 6/23/2023 at 9:30 AM.
The Court advances jury trial one week. Jury Selection is reset on 9/6/2023 and 9/8/2023.
Court to issue order with revised pretrial/trial dates.