UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**ROBERT ALVIN JUSTUS, JR.,**<br>Defendant. | Case No.  20-cr-265-2 YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER (AS AMENDED)** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Following a prescheduled conference on May 12, 2023, the Court hereby memorializes the following trial and pretrial dates. Changes are identified in red, a few of which were not discussed at the conference:

## PRETRIAL SCHEDULE

| | |
|---|---|
| Filing of List of Opinions by Government Extremist Ideology/Boogaloo Expert | Friday, June 16, 2023 |
| Evidentiary Hearing on Government Extremist Ideology/Boogaloo Expert | Monday, June 26, 2023, at 9:00 a.m. |
| Exchange and lodging of guilt-phase exhibits lists; Exchange and lodging of witness lists that identify all guilt-phase case-in-chief witnesses except to the extent that a prior court order has allowed postponement of such disclosure; Government disclosure of *Henthorn* material for law enforcement witnesses | Monday, June 12, 2023 |
| Defense reciprocal disclosures under Fed. R. Crim. P. 16(b)(1), including defense expert disclosures* under Fed. R. Crim. P. 16(b)(1)(C); Filing of defense notices under Fed. R. Crim. P. 12.1(a) and 12.2(a) and (b)(1) | Tuesday, June 20, 2023 |
| Exchange (but not filing) of motions *in limine* | Wednesday, June 28, 2023 |
| Exchange (but not filing) of oppositions to motions *in limine*; Exchange of translations and transcriptions to be used at trial (with any challenges to those translations and transcriptions | Wednesday, July 10, 2023 |

| | |
|---|---|
| to be heard at the first pretrial conference) | |
| Filing of any motions *in limine* that cannot be resolved through meet-and-confer<br><br>Filing of Government *Daubert* motions* | Monday, July 17, 2023 |
| Filing of joint pretrial conference statement, including proposed jury questions for jury Survey Monkey | Monday, July 24, 2023 |
| First Pre-trial Conference | Thursday, August 3, 2023, at 9:01 a.m. |
| Material disclosed subject to an attorney's eyes-only protective order, if any, may be shown to defendants subject to any other restrictions in the protective order | Monday, August 21, 2023 |
| Filing of joint proposed jury instructions (comply with standing order re format), additional voir dire questions, proposed verdict form, and statement to be read to the jury during jury selection | Monday, August 28, 2023 |
| Final Pre-trial Conference | To be determined |
| TRIAL DATE AND JURY SELECTION: | Wednesday, September 6, 2023, at 8:00 a.m. |

As discussed with the parties, given religious holidays and other conflicts, trial days will include: September 6-8, 11-14, September 18-22, September 26-27, and if needed, October 2-6. The parties are reminded that the Court will be dark October 16-20, 2023, and will now also be dark on September 15.

Pursuant to the Court's Pretrial Instructions in Criminal Cases at Section 6, trial counsel shall meet and confer in advance of the Pretrial Conference. The parties must comply with the Court's Standing Order in Criminal Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 5, 2023

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE