RICHARD G. NOVAK (SBN 149303)
Richard G. Novak, APLC
P.O. Box 5549
Berkeley, CA 94705
626-578-1175 (voice)
Richard@RGNLaw.com

SHAFFY MOEEL (SBN 238732)
Moeel Lah Fakhoury LLP
1300 Clay St Ste 600
Oakland, CA 94612-1427
510-500-9994 (voice)
Shaffy@mlf-llp.com

Attorneys for Defendant
ROBERT ALVIN JUSTUS, JR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 4:20-cr-265-2 YGR |
|---|---|
| Plaintiff, | **DEFENDANT ROBERT ALVIN JUSTUS, JR.'S NOTICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12.2(b)(1)** |
| vs. | |
| ROBERT ALVIN JUSTUS, JR., | |
| Defendant. | |

Defendant ROBERT ALVIN JUSTUS, JR., by and through his counsel of record, hereby gives notice of his intention to introduce expert evidence relating to a mental disease or defect or any other mental condition bearing on the issue of guilt, as set forth in his Rule 16(b)(1)(C) disclosures of this date.

Dated:    June 20, 2023         Respectfully submitted,

/s/ Richard G. Novak
RICHARD G. NOVAK
SHAFFY MOEEL
Attorneys for Robert Alvin Justus, Jr.