# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## DOCUMENT LOCATOR

**Case Number:** 4:20-cr-00265-YGR-2

**Date Filed:** 07/19/2023

**Document:**

- ( ) Reporter's Transcript:
- (X) Trial Exhibits: Government's Evidentiary Hearing Exhibits: 1, 2 and 3; Defendant's Evidentiary Hearing Exhibits: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 and 29.
- ( ) Lodged Documents:
- ( ) Sealed Documents:
- ( ) Declaration(s):
- ( ) Other:

**Location:**

- ( ) Expando File (Next to Case File)
- ( ) Overflow Shelf:
- ( ) Vault
- (X) Other: Exhibit Room Shelf F-2

**Document Number:**