```
 1  ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
 2
    THOMAS A. COLTHURST (CABN 99493)
 3  Chief, Criminal Division

 4  JONATHAN U. LEE (CABN 148792)
    JOHN C. BOSTIC (CABN 264367)
 5  Assistant United States Attorneys

 6      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
 7      Telephone: (415) 436-7200
        FAX: (415) 436-6748
 8      Email:  jonathan.lee@usdoj.gov

 9  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 20-CR-00265 YGR |
|---|---|
| Plaintiff, | ) STATEMENT OF THE CASE |
| v. | ) *(JOINTLY SUBMITTED BY THE PARTIES)* |
| ROBERT ALVIN JUSTUS, JR., | ) |
| Defendant. | ) |

## STATEMENT OF THE CASE

The defendant, Robert Justus, is charged in Count One with First Degree Murder of a Person Assisting an Officer or Employee of the United States Government and Aiding and Abetting. He is charged in Count Two with Attempted Murder of a Person Assisting an Officer or Employee of the United States Government and Aiding and Abetting. The government alleges that this conduct occurred on May 29, 2020 in Oakland, California, during a *drive-by* shooting outside the federal courthouse.[1] Mr. Justus has pleaded not guilty to these charges.

DATED: August 28, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____
JONATHAN U. LEE
JOHN C. BOSTIC
Assistant United States Attorneys

DATED: August 28, 2023

__/s/_____
RICHARD G. NOVAK
SHAFFY MOEEL
Attorneys for Robert A. Justus, Jr.

---

[1] The defense objects to the term "drive-by".