UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-cr-00265-YGR-2 |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR JURY BREAKFAST ON DAY 1 AND FOR JURY MEALS DURING DELIBERATIONS** |
| ROBERT ALVIN JUSTUS, | |
| Defendant. | |

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish breakfast for the first day of trial and lunch for the members of the jury for each day the jury is in deliberations.

IT IS SO ORDERED.

Dated: August 29, 2023

YVONNE GONZALEZ ROGERS
United States District Judge

*Rev.03/19*