UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 23, 2023  **Time:** 1 Hour 6 Minutes  **Judge:** YVONNE GONZALEZ ROGERS

**Case No.**: 20-cr-00265-YGR-2  **Case Name:** USA v. Robert Alvin Justus

**Defendant:** Robert Alvin Justus; Present and In-Custody

**Attorney for Plaintiff:** Jonathan Lee; John Bostic
**Attorney for Defendant:** Shaffy Moeel; Richard Novak

**Deputy Clerk:** Edwin Cuenco     **Reported by:** Pamela Batalo-Hebel

## PROCEEDINGS

Pretrial Conference - Held.

Motions, trial instructions, jury questionnaire, instructions are discussed with the parties. Defense counsel's request for clarification and reconsideration is denied as stated on the record. Parties are ordered to meet and confer on the formatting of exhibits. Jury questionnaires to be provided by parties next week.

Parties to exchange demonstratives by September 8, 2023. The Court adjourns until September 6, 2023, for Jury Selection.