UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00265-YGR-2
Case Name: USA v. Robert Alvin Justus

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Yvonne Gonzalez Rogers | PLAINTIFF ATTORNEY: Jonathan Lee and John Bostic | DEFENSE ATTORNEY: Shaffy Moeel and Richard Novak |
|---|---|---|
| DATE: September 11, 2023 | REPORTER: Pamela Hebel | CLERK: Edwin Cuenco |
| TIME IN COURT: 4 hours 52 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9/11/2023 8:00 am | | | **The Judge enters the courtroom. Court is reconvened. Matters discussed outside the presence of the jury re: exhibit handling.** | |
| | | 8:06 am | | | Court is in recess. The Judge exits the courtroom. | |
| | | 8:20 am | | | The Judge reenters the courtroom. | |
| | | 8:30 am | | | The jury enters the courtroom. Government's Witness FBI Special Agent Seth Witten is sworn. Direct examination by AUSA John Bostic. | |
| 458 | | 8:43 am | x | x | 6/7/2020 rear photo of a White Ford Econoline 150 parked in a wooded area. | |
| 459 | | 8:44 am | x | x | Closer rear photo of white van. | |
| 460 | | 8:45 am | x | x | Photo of white van from the front. | |
| 461 | | 8:46 am | x | x | Photo of white van from the right side. | |
| 471 | | 8:47 am | x | x | Photo of Rustoleum Peel Coat (matt white) spray can inside the van. | |
| 472 | | 8:47 am | x | x | Same photo of Rustoleum Peel Coat (matt white) spray can | |
| 462 | | 8:48 am | x | x | Rear photo of white van. | |
| 463 | | 8:49 am | x | x | Photo of the left side of the white van (driver side/no sliding door). | |
| 470 | | 8:50 am | x | x | Left side photo of the white van with driver side door open. | |
| 464 | | 8:51 am | x | x | VIN as seen through the left bottom corner of the windshield | |
| 466 | | 8:52 am | x | x | Rear photo of white van with both rear doors open. | |
| 467 | | 8:53 am | x | x | Rear photo of white van with both rear doors open. | |
| 473 | | 8:54 am | x | x | Rear photo of white van with both rear doors open (showing curtain rod and black curtain) | |

1

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| **474** | | 9/11/2023 8:55 am | **x** | **x** | **Photo of left rear interior of white van.** | |
| 468 | | 8:56 am | x | x | Photo of right side of white van with sliding door open. | |
| 469 | | 8:58 am | x | x | Closer photo of right side of white van with sliding door open. | |
| 477 | | 8:59 am | x | x | Photo of mail found inside the white van. | |
| 478 | | 9:00 am | x | x | Photo of interior of white van. | |
| 480 | | 9:01 am | x | x | Front right-side photo of white van. | |
| 507 | | 9:02 am | x | x | Photo of right side of white van. | |
| 512 | | 9:02 am | x | x | Photo of interior of white van through the sliding door. | |
| 514 | | 9:02 am | x | x | Photo of interior through the rear doors. | |
| 515 | | 9:03 am | x | x | Photo of rear right interior of the white van. | |
| 516 | | 9:03 am | x | x | Photo of Swiss Fire Gel container located inside the white van. | |
| 521 | | 9:04 am | x | x | Interior of the white van after search was conducted (upholstery removed). | |
| | | 9:06 am | | | End of direct examination of FBI Special Agent Witten by AUSA Bostic. Cross examination of Government's Witness FBI Special Agent Witten by Attorney for the Defendant Mr. Richard Novak. | |
| 464 | | 9:08 am | | | Previously admitted exhibit. Last four digits of the VIN is identified as 4508 and the vehicle's model as 1992. | |
| | 224A | 9:20 am | x | x | Sketches and log of white van (pages 8 to 13). | |
| | 2016 | 9:44 am | x | x | Photo of evidence bag containing curtail rod and black curtain found in the white van. | |
| | 2017 | 9:47 am | x | x | Photo of evidence bag containing handheld radio, pouches, and other equipment. | |
| | 2018 | 9:50 am | x | x | Photo of evidence bag containing zip ties that can be used as handcuffs. | |
| | 2019 | 9:50 am | x | x | Photo of evidence bag containing various items including a knife with a red handle. | |
| 478 | | 9:53 am | | | Previously admitted exhibit. | |
| | | 9:54 am | | | End of cross examination by Attorney for the Defendant Mr. Novak. Redirect examination of Special Agent Witten by AUSA Bostic. | |
| | | 9:55 am | | | No recross examination. Witness Special Agent Seth Witten is ordered that he is subject to future recall by the Court. The jury exits the courtroom. The Judge exits the courtroom. Court is in recess. | |
| | | 10:15 am | | | The Judge reenters the courtroom. | |
| | | 10:17 am | | | The jury reenters the courtroom. Government's Witness FBI Special Agent Lauri Ahlman is sworn. Direct examination by AUSA Jonathan Lee. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 1157 | | 9/11/2023 10:45 am | **x** | **x** | **Video footage of white van moving towards and stopping at the corner of 12th and Jefferson Streets.** | |
| 1150 | | 10:48 am | x | x | Video footage. | |
| 1159 | | 10:50 am | x | x | Video footage at 1111 Broadway, Pillar 2 at 9:55 PM. | |
| 1005 | | 10:55 am | x | x | Still capture images from video footage of white van (pages 2, 20, 37, 44, 48, 57, 58, 70, 80, 83, 91, 96, 102, and 109). The witness is shown both the map and track modes for demonstrative purposes. | |
| 1152 | | 11:28 am | x | x | Video footage of pedestrian jogging. | |
| 1153 | | 11:29 am | x | x | Video footage of pedestrian jogging. | |
| 1150 | | 11:30 am | | | Previously admitted exhibit. | |
| 1149 | | 11:31 am | x | x | Video footage. | |
| 1139 | | 11:32 am | x | x | Video footage. | |
| 756 | | 11:34 am | x | x | Video footage. | |
| 1155 | | 11:36 am | x | x | Video footage. | |
| 1140 | | 11:37 am | x | x | Video footage. | |
| 1148 | | 11:40 am | x | x | Video footage of white van with the sliding door opened. | |
| 1155 | | 11:45 am | | | Previously admitted exhibit. | |
| 1157 | | 11:48 am | | | Previously admitted exhibit. | |
| | | 11:50 am | | | Court is in recess. The jury exits the courtroom. | |
| | | 11:52 am | | | The Judge exits the courtroom. | |
| | | 12:08 pm | | | The Judge reenters the courtroom. | |
| | | 12:10 pm | | | The jury reenters the courtroom. AUSA Lee resumes direct examination of Witness Special Agent Ahlman. | |
| 1150 | | 12:11 pm | | | Previously admitted exhibit. | |
| 1149 | | 12:12 pm | | | Previously admitted exhibit. | |
| 1158 | | 12:14 pm | x | x | Video footage. | |
| 1159 | | 12:16 pm | | | Previously admitted exhibit. | |
| 1149 | | 12:16 pm | | | Previously admitted exhibit. | |
| 1150 | | 12:17 pm | | | Previously admitted exhibit. | |
| 1157 | | 12:19 pm | | | Previously admitted exhibit. | |
| 1148 | | 12:21 pm | | | Previously admitted exhibit. | |
| | | 12:24 pm | | | End of direct examination of Witness Special Agent Ahlman by AUSA Lee. Cross examination of Witness Special Agent Ahlman by Attorney for the Defendant Ms. Shaffy Moeel. | |
| 1005 | | 12:25 pm | | | Previously admitted exhibit. | |
| | 1145 | 12:32 pm | x | x | Video footage. | |
| 1155 | | 12:38 pm | | | Previously admitted exhibit. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| **1148** | | 9/11/2023 12:40 pm | | | **Previously admitted exhibit.** | |
| **1159** | | 12:45 pm | | | Previously admitted exhibit. | |
| **1185** | | 12:50 pm | | | Previously admitted exhibit. | |
| | | 12:54 pm | | | End of cross examination of Witness Special Agent Ahlman. No redirect examination. The Court excuses the witness. | |
| | | 12:55 pm | | | Government's Witness FBI Special Agent Alexandra Bryant is sworn. Direct examination by AUSA John Bostic. | |
| | | 1:03 pm | | | Witness Special Agent Bryant is designated as an Expert on Cellular Phones and Cellular Networks. The jury is given additional instructions by the Court. | |
| **1175** | | 1:06 pm | x | | Pages 4 to 8 are shown/displayed as demonstratives. | |
| **1175** | | 1:30 pm | x | x | Pages 9 to 37 on cellular network. | |
| | | 1:38 pm | | | The jury and Witness Special Agent Bryant are admonished and excused until September 12, 2023 at 8:30 am. | |
| | | 1:40 pm | | | The jury exits the courtroom. Discussion with counsel outside of the presence of the jury. | |
| | | 1:42 pm | | | Jury trial is continued to September 12, 2023 at 8:00 am. Court is adjourned. | |