UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL JURY TRIAL MINUTES**

**Date:** September 20, 2023    **Time:** 3 hours 47 minutes    **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 20-cr-00265-YGR-2   **Case Name:** UNITED STATES v. Robert Alvin Justus

**Defendant:** Robert Alvin Justus; Present and In Custody
**Attorney for Plaintiff:** Jonathan Lee, John Bostic, Special Agent Beth Alvarez (FBI) and Patricia Mahoney
**Attorney for Defendant:** Shaffy Moeel, Richard Novak, Robert Waggener (Amaya), and Clark Arnwine

**Deputy Clerk:** Edwin Cuenco          **Reported by:** Pamela Batalo-Hebel
                                        **Spanish Interpreter:** Conchita Lozano

**PROCEEDINGS**

Jury trial held. Trial log and Exhibit list attached.

**CASE CONTINUED TO: September 21, 2023, at 7:30 AM (attorneys and parties) and at 8:30 AM (jury) for Jury Trial.**