# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00265-YGR-2
Case Name: <u>USA v. Robert Alvin Justus</u>

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Yvonne Gonzalez Rogers | PLAINTIFF ATTORNEY: Jonathan Lee and John Bostic | DEFENSE ATTORNEY: Shaffy Moeel, Richard Novak, and Robert Waggener (Amaya) |
|---|---|---|
| DATE: September 20, 2023 | REPORTER: Pamela Hebel | CLERK: Edwin Cuenco |
| TIME IN COURT: 3 hours 47 minutes | SPANISH INTERPRETER: Conchita Lozano | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9/20/2023 8:00 am | | | **The Judge enters the courtroom. Court is reconvened. Matters discussed outside the presence of the jury re: FBI Interview transcripts are not to be admitted as evidence, Defense Exhibit 2148 to be admitted; Defense witnesses; Spanish Interpreter Ms. Conchita Lozano is sworn.** | |
| | | 8:23 am | | | Court is in recess. | |
| | | 8:34 am | | | The jury reenters the courtroom. | |
| | 2148 | 8:38 am | x | x | Photo from Defendant's apartment (various fireworks). | |
| | | 8:39 am | | | Defense Witness Ms. Silvia Neomi Amaya Henriquez is sworn. She is assisted by Spanish Interpreter Ms. Conchita Lozano. The jury is given instructions by the Court. Direct examination of Witness Ms. Amaya Henriquez by Attorney for the Defendant Mr. Richard Novak. | |
| | | 9:10 am | | | End of direct examination by Mr. Novak. Cross examination of Witness Ms. Amaya Henriquez by AUSA Jonathan Lee. | |
| | | 9:15 am | | | End of cross examination of Witness Ms. Amaya Henriquez by AUSA Lee. No redirect examination from the Defense. No need for recall. Defense Witness Ms. Silvia Neomi Amaya Henriquez is excused by the Court. | |
| | | 9:17 am | | | Defense Witness Mr. Clinton "CJ" Bauer is sworn. Direct examination of Witness Mr. Bauer by Attorney for the Defendant Ms. Shaffy Moeel. | |
| | | 9:20 am | | | End of direct examination by Ms. Moeel. Cross examination of Witness Mr. Bauer by AUSA John Bostic. | |

1

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 1176 | | 9/20/2023 9:24 am | x | x | **Transcript of messages between Witness Mr. Bauer and the Defendant.** | |
| | | 9:27 am | | | End of cross examination by AUSA Bostic. Redirect by Ms. Moeel. | |
| 1176 | | 9:27 am | | | Previously admitted exhibit. | |
| | | 9:28 am | | | End of redirect by Ms. Moeel. No recross examination from the Government. There is no need for recall. Defense Witness Mr. Clinton "CJ" Bauer is excused by the Court. | |
| | | 9:29 am | | | Court is in recess. The jury exits the courtroom. The Judge exits the courtroom. | |
| | | 9:38 am | | | The Judge reenters the courtroom. | |
| | | 9:39 am | | | The jury reenters the courtroom. Defense Witness FBI Special Agent Meredith Sparano Stanger is sworn. Direct examination by Attorney for the Defendant Mr. Richard Novak. | |
| | 2028 | 9:42 am | x | x | Photo of gate to Co-defendant's property. | |
| | 2029 | 9:42 am | x | x | Photo of driveway to Co-defendant's property. | |
| | 2030 | 9:42 am | x | x | Photo of White Van. | |
| | 2015 | 9:47 am | x | x | Hand drawn sketch and zoomed in sketch (portion of paved road outside of the property) of Co-defendant's property at 120 Waldenberg Road, Ben Lomond, CA by FBI Special Agent Sparano Stanger. | |
| | 2016 | 9:59 am | | | Previously admitted exhibit. | |
| | 2016A | 10:01 am | x | x | Physical exhibit. White curtain rod, black curtain, and green curtain rings. | |
| | 2018 | 10:03 am | | | Previously admitted exhibit. | |
| | 2018A | 10:03 am | x | x | Physical exhibit. Plastic elastic cuffs. | |
| | 2017 | 10:05 am | | | Previously admitted exhibit. | |
| | 2017A | 10:05 am | x | x | Photo of handheld radio, pouches, and other equipment. | |
| | 2019 | 10:10 am | | | Previously admitted exhibit. | |
| | 2020 | 10:13 am | x | | Photos | |
| | 2022 | 10:15 am | x | x | Photos of items found inside the White 1992 van. | |
| | 2024 | 10:16 am | x | x | Photos of items found inside the White 1992 van. | |
| | 2024A | 10:16 am | x | x | Physical exhibit. Ballistic shield. | |
| | 2023 | 10:17 am | x | x | Photos of items found inside the White 1992 van. | |
| | 2025 | 10:20 am | x | x | Photos of items found inside the White 1992 van. | |
| | 2016 | 10:22 am | | | Previously admitted exhibit. | |
| | 2090 | 10:22 am | x | x | Photos of items found inside Co-defendant's property and White 1992 van. Except page 15 thru 18. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9/20/2023 10:36 am | | | **End of direct examination of Witness FBI Special Agent Sparano Stanger. Cross examination by AUSA Jonathan Lee.** | |
| 473 | | 10:39 am | | | Previously admitted exhibit. End of cross examination of FBI Special Agent Sparano Stanger by AUSA Lee. No redirect examination from the Defense. No Recross examination from the Government. No need for recall. The Defense Witness FBI Agent Meredith Sparano Stanger is excused by the Court. | |
| | | 10:40 am | | | The jury is admonished and given further instructions by the Court. | |
| | | 10:41 am | | | The jury exits the courtroom. Matters are discussed with parties outside of the presence of the jury; parties are instructed on the lines of questioning to witnesses; 2-hour estimated duration for jury trial on 9/21/2023; parties ordered to meet and confer to stipulate on the revised Jury Instruction/Verdict Forms. | |
| | | 11:56 am | | | Jury trial is continued to September 21, 2023 at 7:30 am. Court is in recess. | |