# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cr-00265-YGR-2
Case Name: USA v. Robert Alvin Justus

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Yvonne Gonzalez Rogers | PLAINTIFF ATTORNEY: Jonathan Lee and John Bostic | DEFENSE ATTORNEY: Shaffy Moeel and Richard Novak |
|---|---|---|
| DATE: September 22, 2023 | REPORTER: Pamela Hebel | CLERK: Edwin Cuenco |
| TIME IN COURT: 5 hours 29 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9/22/2023 7:58 am | | | **The Judge enters the courtroom. Court is reconvened. Matter on Exhibit 2018A is discussed outside the presence of the jury. 2018A is admitted.** | |
| | | 8:01 am | | | The Court is in recess. | |
| | | 8:03 am | | | Court reconvenes for instructions on electronic files of admitted exhibits. Evidence PC Cart is moved to from Jury Room to Courtroom 10 to facilitate downloading of files. | |
| | | 8:15 am | | | Court is in recess. | |
| | | 8:30 am | | | The jury enters the courtroom. Juror #13 is redesignated as Juror #1. The jury is admonished and the Jury Instructions are read on the record. | |
| | | 8:59 am | | | Closing argument by AUSA Jonathan Lee for the Government. | |
| | | 10:11 am | | | References to video exhibits on the night of the incident May 29, 2020. | |
| | | 10:25 am | | | End of Government's closing argument. The jury exits the courtroom. The court is in recess for 15 minutes. | |
| | | 10:27 am | | | The Judge exits the courtroom. | |
| | | 10:38 am | | | The Judge reenters the courtroom. | |
| | | 10:41 am | | | The jury reenters the courtroom. Closing argument for the Defense by Attorney for the Defendant Mr. Richard Novak. | |
| | | 11:57 am | | | The Court is on short recess. | |
| | | 11:59 am | | | The Court is back on the record. Mr. Novak resumes closing argument for the Defense. | |
| | | 12:00 pm | | | Reference to Jury Instructions. | |
| **1184** | | 12:10 pm | | | Previously admitted exhibit. Page 3. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9/22/2023 12:12 pm | | | **The jury exits the courtroom. The Jury Instructions is discussed outside of the presence of the jury.** | |
| | | 12:14 pm | | | The Judge exits the courtroom. Court is in recess. | |
| | | 12:21 pm | | | The Judge reenters the courtroom. The Jury Instructions is discussed outside of the presence of the jury; there will be no change made to the instructions. | |
| | | 12:26 pm | | | Government rebuttal by AUSA John Bostic. | |
| 1183 | | 1:11 pm | | | Previously admitted exhibit. | |
| | | 1:25 pm | | | End of Government's rebuttal by AUSA Bostic. The Court continues the reading of the Jury Instructions on the record. The jury is ordered to select a foreperson and notify to Court of their deliberation schedule. Parties ordered to certify the exhibits prior to the handover to the jury. | |
| | | 1:37 pm | | | The jury exits the courtroom and proceeds to the Jury Room. Juror #16 (alternate) is excused by the Court. Jury Notes and the Verdict is handed over to the jury. | |
| | | 1:45 pm | | | The Judge exits the courtroom. The matter is continued to September 26, 2023 at 8:00 am for Jury Deliberation. Court is in recess. | |
| | | 2:10 pm | | | The jury selects Juror #5 as foreperson. The jury will begin deliberations Tuesday, September 26, 2023 onwards from 8:00 am to 1:30 pm. | |