ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
JOHN C. BOSTIC (CABN 264367)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00265 YGR |
| Plaintiff, | STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE TO FILE ADMITTED EXHIBITS |
| v. | |
| ROBERT ALVIN JUSTUS, JR., | |
| Defendant. | |

STIPULATION AND PROPOSED ORDER
20-CR-00265 YGR

1. On December 20, 2023, the Court issued an order granting an earlier stipulation of the parties and extending the deadline to file or lodge exhibits admitted during the jury trial in this matter. ECF No. 341. That order directed the parties to either "(i) lodge a USB or similar drive containing the admitted exhibits with the Court; or (ii) file the admitted exhibits on the docket" by January 18, 2024. *Id.* The parties have been working to assemble a final set of all admitted exhibits for lodging with the Court, and have recently coordinated on a limited set of redactions to protect third-party information in a small number of exhibits.

2. As a next step, the parties need to exchange digital sets of their exhibits so that both sides can review the redacted and unredacted exhibits as a final quality-control check before lodging a combined set of admitted exhibits with the Court. Due to unavailability of some counsel during the holidays, counsel's schedules in other matters, and the need for coordination between the two teams and their staff, the parties have been unable to complete this process as of today.

3. Accordingly, the parties hereby request a further extension of the deadline to February 8, 2024. Given the progress to date, the parties are confident in their ability to comply with that deadline.

IT IS SO STIPULATED.

DATED: January 18, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 _/s/ John C. Bostic_
JONATHAN U. LEE
JOHN C. BOSTIC
Assistant United States Attorneys

DATED: January 18, 2024

 _/s/ Shaffy Moeel_
SHAFFY MOEEL
RICHARD G. NOVAK
Attorneys for Defendant
ROBERT ALVIN JUSTUS, JR.

STIPULATION AND PROPOSED ORDER
20-CR-00265 YGR

**[PROPOSED] ORDER**

For good cause shown, the Court hereby extends the deadline for the parties to file the admitted exhibits until February 8, 2024.  On or before that date, the parties shall either (i) lodge a USB or similar drive containing the admitted exhibits with the Court; or (ii) file the admitted exhibits on the docket.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

> HON. YVONNE GONZALEZ ROGERS
> United States District Judge