RICHARD G. NOVAK (SBN 149303)
Richard G. Novak, A Professional Law Corp.
P.O. Box 5549
Berkeley, CA 94705
626-578-1175 (voice)
626-685-2562 (facsimile)
E-Mail: Richard@RGNLaw.com

SHAFFY MOEEL (SBN 238732)
Moeel Lah Fakhoury LLP
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
510-500-9994 (voice)
E-Mail: Shaffy@mlf-llp.com

Attorneys for Defendant
ROBERT ALVIN JUSTUS, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ROBERT ALVIN JUSTUS, JR.,<br><br>   Defendant. | CASE NO. 20-CR-00265 YGR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MOTION AND SENTENCING HEARINGS |

The United States and Defendant Robert Alvin Justus, Jr. hereby stipulate and agree to continue the motion hearing and sentencing hearing set in this matter for March 14, 2024 at 1:00 p.m. until March 15, 2024 at 10:00 a.m. so that defense counsel may attend an event organized by the Federal Public Defender on March 14, 2024.

Counsel for Mr. Justus certifies that she has obtained approval from counsel for the government to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 1, 2024                                        Respectfully submitted,

STIPULATION AND ~~PROPOSED~~ ORDER
20-CR-00265 YGR

|  |  |
|---|---|
|  | ISMAIL J. RAMSEY<br>United States Attorney |
|  | ____/s/_____<br>JOHN C. BOSTIC<br>JONATHAN U. LEE<br>Assistant United States Attorneys |
| DATED:  March 1, 2024 | ____/s/_____<br>SHAFFY MOEEL<br>RICHARD G. NOVAK<br>Attorneys for Defendant<br>ROBERT ALVIN JUSTUS, JR. |

STIPULATION AND ~~PROPOSED~~ ORDER
20-CR-00265 YGR

1  **[PROPOSED] ORDER**

2  Based on the reasons stated above, and for good cause shown, the Court hereby re-sets the time
3  for the motion hearing and sentencing hearing on March 14, 2024 from 1:00 p.m. to March 15, 2024 at
4  10:00 a.m.

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  Dated:  March 4, 2024

9  HON. YVONNE GONZALEZ ROGERS
   United States District Judge

STIPULATION AND PROPOSED ORDER
20-CR-00265 YGR