MOEEL LAH FAKHOURY LLP
Shaffy Moeel (State Bar No. 238732)
2006 Kala Bagai Way, Suite 16
Berkeley, California 94704
Telephone: (510) 500-9994
Email: shaffy@mlf-llp.com

RICHARD G. NOVAK (SBN 149303)
Richard G. Novak, A Professional Law Corp.
P.O. Box 5549
Berkeley, CA 94705
626-578-1175 (voice)
626-685-2562 (facsimile)
E-Mail: Richard@RGNLaw.com

Attorneys for Defendant
Robert Justus Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JUSTUS JR.,<br><br>Defendant. | Case No.: 20-CR-265-YGR<br><br>**NOTICE OF APPEAL** |

    Defendant Robert Justus Jr. appeals his September 26, 2023 conviction and the judgment entered by this Court on March 19, 2024 to the U.S. Court of Appeals for the Ninth Circuit.

| | | |
|---|---|---|
| Dated: | March 19, 2024 | Respectfully submitted, |

                                                                   */s/ Shaffy Moeel*

                                                                  Shaffy Moeel
                                                                  Richard Novak
                                                                  Attorney for Robert Justus Jr.