MOEEL LAH FAKHOURY LLP
Shaffy Moeel (State Bar No. 238732)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 500-9994
Email: shaffy@mlf-llp.com

RICHARD G. NOVAK (SBN 149303)
Richard G. Novak, A Professional Law Corp.
P.O. Box 5549
Berkeley, CA 94705
626-578-1175 (voice)
626-685-2562 (facsimile)
E-Mail: Richard@RGNLaw.com

Attorneys for Defendant
Robert Justus Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JUSTUS JR.,<br><br>Defendant. | **FILED UNDER SEAL**<br><br>Case No. 20-cr-265-YGR-2<br><br>**DEFENDANT ROBERT JUSTUS'**<br>**SENTENCING MEMORANDUM** |

## I. Introduction

On May 29, 2020, Dave Patrick Underwood was killed by Steven Carrillo as Mr. Carrillo shot an automatic rifle out of a moving van driven by Robert Justus Jr. Steven Carrillo's bullet spray also permanently injured Mr. Sombat Mifkovic.

The victims were beloved members of their family and community. Mr. Justus has repeatedly expressed remorse for his involvement in this tragic incident. He is now and will forever be deeply remorseful for what he did.

For his part in this tragic incident, Steven Carrillo entered into a plea agreement with the government and was sentenced by this Court to 41 years in prison. On September 26, 2023 the jury trial in this matter concluded with the return of a verdict finding Mr. Justus guilty on both count one and count two of the indictment.

On February 6, 2024, Mr. Justus moved this Court to declare that imposition of a mandatory life sentence as required by §1111(b) violates his rights under the Eighth Amendment to the United States Constitution[1]. The government opposes that motion.

Professor Robert Johnson has aptly noted that "[a] better term for this sentence [life without parole] might be 'death by incarceration.'" Robert Johnson & Sandra McGunigall-Smith, *Life Without Parole, America's Other Death Penalty: Notes on Life Under Sentence of Death by Incarceration*, 88 Prison J. 328, 328 (2008); *see also* Testimony of Robert Johnson at Public Hearing Before N.J. Death Penalty Study Comm'n, July 19, 2006. Relatedly, Professor William Berry has observed:

> A sentence of life imprisonment without the possibility of parole is in many ways no more than a death sentence without an execution date. … [A] life-without parole sentence is more than a decision that an offender will spend the rest of his life in prison – it simultaneously forecloses the possibility of ever reviewing that determination. A life-without-parole sentence, then, is a one-time judgment that the life of the offender is irredeemable.

---

[1] Mr. Justus objects to the Pre-Sentence Report insofar as it maintains that the mandatory sentence in this case is life. On this point, Mr. Justus incorporates by reference the arguments he made in his February 6th motion for declaratory relief. *See* Dkt. 348.

William W. Berry III, *More Different than Life, Less Different than Death*, Ohio State Law Journal, Vol. 71, No. 6 (2010) (emphasis in original; footnotes omitted); *see also Naovarath v. State*, 105 Nev. 525, 526, 779 P.2d 944 (1989) ("Life without parole means denial of hope; it means that good behavior and character improvement are immaterial; it means that whatever the future might hold in store for the mind and spirit of [the incarcerated], he will remain in prison for the rest of his days.").

Because Mr. Justus' sentence, under the constitutional status quo, will be one of life imprisonment without the possibility of release, this sentencing memorandum will focus on who he is and that he is not at all irredeemable.

## II. Robert Justus Jr.[2]

Robert Justus was born in Stockton, California, on November 21, 1989, to ██████ ██████████████████████████████████ has two siblings: ████████████████ ███████████████ Robert's parents reside near ████████████, where they care for Robert's oldest son, ██████.

*Maternal History*

Robert's mother, ██████ was born and raised in ██████ California. Her parents were ███████████████████████████████████████ grew up in a household with traditional family roles. Her father was the economic provider and her mother a part-time homemaker who occasionally worked temporary jobs. Although she lived in a two-parent household, ██████ childhood lacked many of the benefits typically attributed with a "conventional" family structure. She did not experience financial stability nor cohesive and healthy family relationships. Her father was an alcoholic who spent a significant portion of his income at the local bar depleting the family's already scarce resources. Her mother, bound by the traditional role of a woman at the time which emphasized deference to her husband, was a submissive enabler.[3] These dynamics, along

---

[2] Mr. Justus' social, family and personal history summarized here are based on a comprehensive mitigation investigation undertaken by Indiana Albañes, which included the collection of records, interviews with numerous family members, and interviews with Mr. Justus.

[3] ██████ Justus interview.

with ▮▮▮ alcohol addiction contributed to the family's economic hardship and dysfunction. As a result of this, ▮▮▮ early childhood memories are marred by her father's alcoholism, her mother's denial of it, and the harmful impact it had on her family.

As a child, ▮▮▮ witnessed her father engage in dangerous behaviors while under the influence of alcohol. In one incident, ▮▮▮ sat in the passenger seat of the family vehicle in fear as her mother "gunned the pedal," and drove towards her intoxicated father who was "playing chicken" on the road, running across it, before he finally fell and rolled out of the way of their approaching vehicle.[4] Witnessing her father's reckless behavior and her mother's dangerous reaction to it, terrified ▮▮▮ and created distrust in their ability to protect her. In another instance while under the influence of alcohol, ▮▮▮ father drove through the family's apartment and into their bathroom wall nearly missing the toilet.[5] Notably, ▮▮▮ mother did not "flip out" over the collision. Instead, ▮▮▮ minimized the seriousness and took it "like a doormat."[6] Living with an alcoholic father and having a mother who condoned his behavior and "never pushed back" made ▮▮▮ "distant and cold"[7] with her parents and created a dynamic in which she regularly found solace alone in her room, away from the tension and fighting.

*Paternal History*

▮▮▮ is one of two children born to ▮▮▮▮▮▮▮▮, who are deceased. His sister is ▮▮▮▮▮▮▮▮ ▮▮▮ was born in ▮▮▮ California, and grew up in Stockton. Like ▮▮▮ ▮▮▮ grew up in a household with traditional gender roles. His father was a grocery store clerk and his mother a homemaker. Early on, ▮▮▮ learned that his "father's work always came before the family."[8] This belief was reinforced early on, with ▮▮▮ being reprimanded for calling his father at work when he broke his hand at school.[9]

---

[4] Id.
[5] Id.
[6] Id.
[7] Id.
[8] ▮▮▮▮▮▮▮. interview.
[9] Id.

1    further described having a contentious relationship with his father wherein he was

2    routinely disparaged.

3    ████████████████ *Marriage*

4        By the time ██████ met ██████████ in 1988, she was eager to leave behind the

5    turmoil of her home and was "on the fast track to growing up."[10] At just 16 years old she

6    married ████████. and became pregnant with Robert at 17, an experience that made her

7    feel stigmatized by her peers who "did not want to hang out with a girl and a baby" and

8    stopped socializing with her.[11] This left ██████ feeling isolated and alone during a difficult

9    period in her adolescent life.

10    *Robert's Birth & Early Development*

11        Robert was delivered via an emergency c-section due to a sudden abnormal heart

12    rate, in Stockton.  At birth Robert was 8lbs 1 oz. and described by his mother as a mild

13    tempered infant who rarely cried. During his toddler and early developmental years

14    Robert was a curious and energetic child who excitedly climbed and explored his way

15    around the house. His mother described how he regularly climbed stairs, couches, tables,

16    and chairs, and was unafraid of heights or danger. While his gross motor skills developed

17    quickly, his verbal skills were significantly behind his peers, and he was not fully verbal

until age five.[12]

18    *Family Dynamics*

19        Robert was raised in an unstructured household absent family routines or

20    responsibilities. He reported living in a dirty home and being fed microwave dinners and

21    fast food which he ate alone in his room. Overall, parental engagement was marginal.

22    The children were left to their video game devices for hours on end while their mother

23    spent most of her time reading romance novels.[13] Robert recalled how his mother spent

24    hours on the couch reading, often burning food she had left on the stove or the microwave

25    because of how engrossed she was in her books. Robert's father was even less attentive

26

27    [10] ████████████ interview.

28    [11] Id.
      [12] Id.
      [13] Robert Justus interview.

because of his work schedule and commute. When he was home, he was too tired to engage with the children and retreated to television watching and video games for hours on end.[14] Robert's brother, ████, also discussed the lack of parental oversight and how their mother rarely checked their homework, something they neglected to do because of her disregard.

According to Robert and his siblings, his parents rarely argued, except for one occasion where his father became upset and threw a bowl at the wall and left the house for the night. This was one of the only instances Robert and his siblings witnessed a contentious disagreement between their parents.

*Discipline*

Robert was disciplined both physically and through grounding. Robert's father was the primary physical disciplinarian who either used a belt or his hands, but his mother also hit him on occasion with a wooden spoon.[15] Robert described an incident where his father hit him in the face, dropped him to the floor, and kicked him so hard his body bounced and caused a dent in the wall. Robert's sister, ████, reported an event where their father grabbed Robert and threw him down the hall because he and ████ would not stop fighting, and how when Robert was 11, he wore multiple layers of clothing so that it would not hurt as much when their dad hit him with the belt. When their father figured this out, he spanked him harder. Physical discipline was also enforced by Robert' paternal grandfather who used a yardstick to discipline the children or whipped them with a ruler."[16]

In the fifth grade, Robert spent most of the school year grounded, alone in his room, or sitting at the kitchen table doing homework until it was time for bed. Television, video games, the computer, and his instruments were taken away as punishment.[17] This was an incredibly lonely period for Robert who struggled to make friends and experienced

---

[14] Id.
[15] Id.
[16] ████████ interview.
[17] Robert Justus interview.

physical abuse and torment at school so that extended grounding only served to further isolate him.

*Victimization of Robert at School*

Robert's elementary and middle school years were emotionally distressing. He had a difficult time making friends and was bullied and teased incessantly because of his physical appearance and unfashionable clothing.[18] As a child, Robert internalized the ridicule of his peers and fixated on his perceived shortcomings which only made him feel socially awkward and withdrawn.[19] Absent a friend, Robert wandered school grounds alone during recess and lunch. As early as the first grade Robert "felt stressed out about things in his head and was hyper aware of the way he looked, dressed, and acted."[20]The ridicule of his peers was so pervasive he stopped walking home and taking the bus to avoid being targeted by his classmates. ▮▮▮ regularly found herself in the principal's office addressing the torment and trying to protect Robert when the school failed to intervene. To avoid his classmates' bullying, ▮▮▮ picked up Robert in the back of the school. During one school pick up, ▮▮▮ witnessed Robert frantically climb over a fence and run towards her vehicle as a boy pursued him from behind. When Robert reached her car and got inside, the boy lunged through the passenger open window and onto the passenger seat to attack Robert, all while a group of boys stood nearby cheering him on.[21] Robert's brother, ▮▮▮, also vividly recalled Robert returning home from school bloodied from having been attacked at school. The bullying became so relentless Robert was eventually transferred to another school.[22]

Robert was also physically and emotionally abused by his fifth-grade teacher, Mr. Middleton, while at Edendale Middle School. Mr. Middleton subjected Robert to routine humiliation and fear.[23] Mr. Middleton slammed a metal ruler on the floor to scare students, and once held Robert by the throat in the corner of the classroom for chewing

---

[18] ▮▮▮▮▮▮. interview.
[19] Robert Justus interview.
[20] Id.
[21] ▮▮▮▮▮ interview.
[22] Id.
[23] Robert Justus interview.

gum.[24] He also ridiculed Robert for not turning in his homework and called him a "fucking retard" in front of the class.[25] When Robert told his parents what was happening, they accused him of lying. During a parent teacher conference, Mr. Middleton began by saying nice things about Robert, but suddenly snapped and yelled at Robert when he noticed him smirking.[26] Although ████ witnessed Mr. Middleton's volatility in person, she blamed Robert for upsetting Mr. Middleton. Despite Robert's relentless complaints, his claims were dismissed. Eventually, the emotional stress Robert experienced from attending school felt intolerable and he began feigning illness to avoid Mr. Middleton's class. On one such occasion a school staff member observed Robert making himself vomit. This prompted a therapy referral resulting in multiple counseling sessions,[27] but was absent an inquiry into Mr. Middleton's conduct or removal of Robert from his classroom.

When Robert's brother, ████, was placed in Mr. Middleton's class the following year, he reported a similar experience to Robert's. On ████ first day of school, Mr. Middleton ordered him to stand up and asked if he was Robert's brother. When he responded that he was, Mr. Middleton called him "a piece of shit" and told him to sit down.[28] Mr. Middleton was also physically abusive to ████. He hit him with his backpack, grabbed him by the neck, and left bruises on his neck and shoulders. When ████ complained of Mr. Middleton's abuse, Robert was able to corroborate it because of what he had also experienced. However, it was not until ████ also complained that Robert's parents finally believed him. When ████ investigated, she learned of Mr. Middleton's abusive reputation and she, along with other parents whose children had also been subjected to his mistreatment, filed complaints with the school district. Unfortunately for Robert there was no intervention on his behalf at the time, it took complaints from ████ to be heard and believed, a mistake ████ later acknowledged.[29]

---

[24] Id.
[25] Id.
[26] Id.
[27] Id.
[28] ████ interview.
[29] ████ interview.

1

2      *Robert's Hyperactivity & Impulsivity*

3          From a young age, Robert exhibited frequent hyperactivity and impulsiveness. At

4      three years old he was climbing steep stairs and air conditioning units, unlocking his

5      front door, walking out to his grandparents' apartment without supervision, and

6      regularly engaged in unsafe activities. Robert was also fidgety, prone to excessive

7      physical movement, and unable to focus and remain on task, making it difficult to get his

8      attention. This was stressful on ███ who was Robert's primary caregiver. █████

9      second cousin, ████████ noted that Robert was never still. Even when Robert

10     played video games, he jumped from couch to couch and energetically moved his video

11     game controller.[30]

12         Robert was inclined to do things most children his age avoided out of fear of getting

13     hurt[31] and always seemed in search of a thrill. Robert climbed tall trees, jumped off roofs

14     and fences, and performed jump tricks on his bicycle and skateboard without a helmet,

15     absent any regard for his safety. Robert rarely, if ever, assessed the outcomes of his

16     actions. Although ██████ was the younger brother, there was a notable difference

17     between his ability to assess danger in comparison to Robert's. ██████ reflected on

18     their differences:

               Unlike Robert, I thought about things before I did them. I would think of
               the outcome. Am I going to break a leg? Will I hurt myself? Robert did not
               think about things. He would always say yea, sure, let's do it. Halfway
               through or when it was all done, he would realize things did not end up the
               way he thought they would. He would see the consequences later. He does
               not use the think things through first angle. It's always been the mentality
               of, I started this, now I just have to go with it.[32]

           In another incident when they were teenagers, ██████ jumped off a friend's roof

       and injured his leg. Despite seeing ██████ injury and being discouraged from

       jumping, Robert did so anyway and also injured his leg. Robert did not consider that

       things could end badly. It was a recurring pattern."[33] ██████████ mother

       to Robert's first child, described Robert's propensity to act thoughtlessly and engage in

       ---

       [30] ████████ interview.
       [31] ████████ interview.
       [32] ████████ interview.
       [33] Id.

unsafe behaviors, "Ever since Robert was young, he was both clumsy and eager to do stupid things to entertain people around him. Whether it be falling into a river, accidentally lighting his hair on fire while doing fireworks, or hurting himself with a potato gun, he was always involved in something foolish. One time, Robert sprayed Axe spray cologne on his pants and lit his crotch on fire for entertainment.[34]

Robert's high school friend, █████████████████ also remarked how Robert has never been the type of person to ask questions before agreeing to do something, he just made impulsive decisions on the spot without considering the consequences.[35] His friend, ███████████ stated, "Robert is more of a follower than a leader" and "is very naïve" and "not a deep thinker and can easily be tricked into doing or believing things because he is impulsive and does not think things through."[36]

Robert's impulsivity remained as he entered adulthood. During one incident, Robert ran into a burning house and pulled people out of a fire, never stopping to consider his safety.[37] "Robert's intuition did not work,"[38] it was already lacking, and once he started using drugs it was diminished.[39]

*Robert's Negative Peer Group Association*

It was during his adolescence that "Robert began socializing with youth considered misfits,"[40] or people who he thought were "weird or as dysfunctional as he was."[41]He was not selective with who he chose as friends or girlfriends and began cutting school, running away, and using drugs and alcohol.[42] █████████████ described feeling unprepared in raising Robert because of his issues. Over time Robert's behavior began to snowball and everything began to accumulate.[43]

---

[34] ██████████████ interview.
[35] ████████████████ interview.
[36] ████████████████ interview.
[37] ███████████████ interview.
[38] Id.
[39] Id.
[40] Id.
[41] Id.
[42] Id.
[43] Id.

*Robert's Relationships*

At 18 years old Robert met █████████ moved in with Robert and his family almost immediately. ████ described Robert's family dynamics and living environment, "Robert's parents were hoarders and lived in a cluttered and dirty house. Robert's father was emotionally distant. He did not have in depth conversations or spend time with Robert very often. He was usually at work and played video games and watched television on his days off. Robert's mother, ██████, was nice but was co-dependent on her children's lives…"[44]

After living with Robert's parents for approximately one year, they moved out and ███████ became pregnant with Robert's first child, ██████ (age 13), who was born on █████████ 2010. Robert was overjoyed and excited to have a child and was sweet and attentive during █████ pregnancy, even throwing her a baby shower.[45] Since ██████ and Robert could not afford a place to live, they lived in a dilapidated home with her uncle whom she described as a "crack addict."[46] Despite their living conditions, Robert used this as motivation to go to work every day and saved as much as he could to afford a place of their own for their son.[47]

After ████████ birth, ██████ went through postpartum depression and became addicted to drugs.[48] Robert did his best to support both █████ and ██████ during this difficult time and "stepped up when ██████ could not"[49] by taking care of his son and coordinating ██████'s care with his mother, ██████. When █████ turned one, █████ packed her belongings and left both Robert and ███████ without an explanation.[50] Robert was inconsolable and distraught over the breakup. While he made numerous attempts to get ███████ back, she refused to reconcile, and Robert and ███████ took responsibility of █████'s care.

---

[44] ████████████████████ interview.
[45] Id.
[46] Id.
[47] Id.
[48] Id.
[49] Id.
[50] Id.

Robert began dating ███████████████) [51] shortly thereafter. ██████ and Robert met at a party and dated for several years. During their relationship, ████ formed a maternal bond with ████, whom she helped Robert raise and continues to maintain contact with today. Three years into their relationship ████████ became pregnant with their son, ████ (age 9), who was born on ██████, 2014. Robert was very attentive to ██████ and made her feel special and happy during her pregnancy. [52] Like ████████████ also experienced post-partum depression after giving birth. ████████'s depression along with problems she was already having with Robert's drug and alcohol use, mental health issues, and infidelity, created tension in their relationship and they eventually broke up. [53]

*Family History of Mental Health Issues*

Symptoms related to mental health issues are prevalent in Robert's maternal and paternal family. ██████ described how Robert's paternal aunt ██████ behavior had a "psychiatric element" that "manifested itself in her delusions of grandiose and depression." This resulted in "an incredible lack of motivation and a lack of self-confidence that became detrimental to her mental health." [54] She also "acted like a child, watched cartoons, and yelled if she did not get her way." [55] ████████ indicated ████ is on medication and has acted erratically throughout her life: violently throwing scissors and knives as a teenager. [56] ████████ also described how ████ could be nice one minute and mean the next, and once threw a log across the room, nearly missing ██████, out of anger.

Additionally, ██████████ was diagnosed with attention deficit hyperactivity disorder (ADHD) as a child and medicated with Ritalin until age ten. As he grew older,

---

[51] Id.
[52] ████████████████ interview.
[53] Id.
[54] ████████████ interview.
[55] ██████████ interview.
[56] ████████████ interview.

he developed anxiety and experienced extreme nervousness and insomnia.[57] Robert's brother, ███ has also been diagnosed with ADHD.[58]

On Robert's maternal side, ███ relayed how her mother had periods where she became unresponsive and sat on the edge of the couch eating potato chips slowly and staring off into space for extended periods of time.[59] A behavior that made ███ "hate chips to this day" because of their association with her mother's disconcerting behavior. ███ also reported experiencing depression and feeling overwhelmed but "sucked it up" because she was uninformed about the availability of treatment.[60] Further, ███ cousin, ███, has been diagnosed with bipolar disorder.[61]

*Robert's History of Mood Changes & Manic Symptoms*

Robert has exhibited extreme and sudden mood and energy fluctuations beginning in late adolescence, which were outside the normal teenager experience, to the present day. So much so that ███ "did not have a baseline" for his personality because his behavior was only consistent in its inconsistency.[62] Robert's brother described how Robert could cry, become angry, and then cry again, within a few minutes, all while proclaiming ███ did not understand what he was going through.[63] He could go from being pensive to angry and lashed out for trivial matters.[64]

Robert referred to his moods as "fits," and believed they were normal experiences that everyone went through. Robert's "fits" included him feeling anxious, agitated, angry, and wanting to scream and wail.[65] From a young age Robert attempted to control these emotions by tensing up his body and releasing the energy slowly[66] but this only served to temporarily relieve him.

---

[57] Id.
[58] 
[66] Id.

Robert was described as having abnormally elevated periods in which he "bounced off the walls" and was unable to settle down,[67] had high energy, could not stay focused, and experienced rapid thoughts and hallucinations.[68] ▮ recalled periods during Robert's late adolescence where he was highly active, had trouble sleeping, and stayed up late deep cleaning the house or fixing his car, oblivious to others circadian rhythm.[69] When ▮ reproached him for being loud during the early morning hours, he sulked and asked what else he should do with all his energy.[70] ▮ also witnessed episodes where Robert was either depressed or so energized ▮ thought he was on cocaine.[71]

*Robert's Lack of Problem Solving*

Throughout Robert's life, his mother noted he had difficulty acting independently, "Robert could not make basic decisions on his own. It was like he could not see that he was the source of his problems and the reason his options were slowly narrowing."[72] His mother described how there were hundreds of incidents where Robert sought her guidance. Whether big or small decisions, Robert could not make them. During one instance, Robert asked for advice on how to stop a woman on the bus from being bullied by other riders. When ▮ suggested Robert sit next to the woman and talk to her, he followed her suggestion and said it helped. However, it surprised ▮ that Robert needed advice on how to handle the most basic situations whether they be about school, work, or relationships, Robert always needed help. He did not have the built-in instinct or drive to handle things on his own and often went into situations blindly.[73] ▮ worried about Robert's inability to think for himself and to make rational and thought-out decisions.



[73] Id.

1

*Robert's Symptoms of Depression & Anxiety*

2

3    In addition to his periods of high energy and restlessness, Robert experienced

4    depressive mental health symptoms that made it difficult for him to function as a parent,

partner, and employee. During these episodes, Robert lacked the energy to care for his

5    children and used the television to distract them while he slept for hours.[74] On workdays,

6    Robert called in sick when he felt too depressed to get out of bed. This caused arguments

7    between Robert and his girlfriend, ▮▮▮▮, who attributed his loss of interest and

increased sleep to laziness. When Robert was approximately 27 years old, the arguments

8    between him and ▮▮▮▮ eventually resulted in their breakup, further contributing to

9    Robert's depression. Robert also went through depressive episodes after each of his

10   motorcycle accidents in 2017 and 2019. Robert's friends witnessed his depression and

11   cries for help. ▮▮▮▮ recalled how Robert posted about his feelings on Facebook and

12   expressed suicidal ideation which she attributed to his relationship and custody issues

13   with ▮▮▮▮.[75]

14   Robert attempted to seek treatment for his depression. In 2006, Robert reported

15   being depressed and having sleep problems during a medical evaluation.[76] In June of

16   2012, Robert requested an assessment for treatment of depression. During his

17   assessment he stated he felt fits of depression which lasted 2 days to 1.5 months where

18   he locked himself in his house. Robert also expressed concern over missing too much work

19   because of his depression and reported being afraid of losing his job. He further reported

20   isolating, withdrawing, feeling lethargic, sad, paranoid, lacking motivation, and not

21   eating. Robert admitted to having passive thoughts of suicide but denied a plan or intent

22   and reported experiencing hypersomnia, and low energy.[77]

23   Robert also became uncomfortable around crowds. While in large groups he began

24   to have trouble breathing, felt lightheaded, nauseous, and had a rapid heartrate.[78]

25

26   [74] ▮▮▮▮ interview & Robert Justus interview.
27   [75] ▮▮▮▮ interview.
     [76] Kaiser Records EMR, p.125.
28   [77] Kaiser Records EMR, p.116-117.
     [78] Robert Justus interview.

In November of 2019, Robert was evaluated at Kaiser in Oakland after he was hospitalized on an involuntary psychiatric hold at Mills Hospital. His diagnosis was mood disorder with a depressive feature.[79] He reported that Lexapro made him feel like his nerves were on fire and admitted to having suicidal ideation, problems in his relationship, and conflict in his family. A family history of bipolar disorder was documented as was depression and substance abuse. ADHD childhood symptoms were also noted. Hospital notes stated he was distraught and anxious the past few weeks which led to an impulsive suicide attempt. Robert's mother also reported his history of mood swings, impulsivity, and thrill-seeking behavior. His bipolar spectrum was documented as a 52/60.[80]

In April 2020, Robert was attended to at Kaiser Oakland for medication management related to his psychiatric history. He reported that when he emailed to make the appointment, he was not doing well but had improved. He indicated taking Ativan one night, and that it helped him sleep and reset his rest cycle. Although there was an unclear diagnosis, bipolar disorder, ADHD, and anxiety, were all listed as possibilities. Binge drinking was also listed as a problem.[81]A couple of months later, Robert sent a message to his doctor stating he thought his recent change in moods were due to the COVID lockdown. On a mood questionnaire he reported several days of feeling down, tired, having trouble sleeping, feeling bad about himself, trouble concentrating, trouble moving or speaking, anxious and on edge, experiencing uncontrollable worrying, and trouble focusing.[82]

*Suicide Attempts*

Robert's depression, feelings of hopelessness, and relationship dissatisfaction, provoked suicidal ideation and suicide attempts that resulted in psychiatric holds. Robert described feeling a deep sadness that was too difficult to withstand after the breakup with ████ and the separation of their family, "[I] went from being a family man, going to work and home, to living on [my] own and having nothing." ████ recalled how she

---

[79] Kaiser Records EMR Report p.397.
[80] Kaiser Records EMR Report p. 397-399, 401, 403.
[81] Kaiser Records EMR Report p. 527, 529.
[82] Kaiser Records EMR Report, p. 598-599.

1  spent hours on the phone trying to talk Robert down from his suicidal thoughts after his

2  breakup.  Richmond Police Department records indicate that in March of 2016, ▓▓▓▓▓

3  contacted the police after Robert threatened suicide with a rope. When police arrived,

4  Robert was found to have visible rope burns on his neck and considered a danger to

5  himself, resulting in a mental evaluation hold.[83]

6  　　　Medical records further show that in 2016, Robert was admitted to Contra Costa

7  Regional Medical Center by ambulance, for an involuntary psychiatric hold. Per EMS,

8  Robert took several pills as reported by ▓▓▓▓▓ Robert denied taking pills but admitted

9  to drinking a pint of hard liquor. Medical records note he was laughing hysterically and

10  was initially evasive and uncooperative.[84]

11  　　　In November 2019, Robert was brought to Mills-Peninsula Hospital on a 5150 hold

12  for danger to self after attempting to hang himself from a doorknob. Records indicate that

13  he was found by ▓▓▓▓▓ with a belt around his neck hanging off a doorknob and that he

14  told emergency medical services that "he could not handle it" and was under a lot of

15  stress. At the hospital, he was described as initially combative and placed in a c-spine

16  precaution with his arms restrained to the board.[85] Robert later explained his suicide

17  attempt by saying he became depressed after learning ▓▓▓▓▓ was dating someone else

18  and that he felt worse being unable to talk to her about it."[86] Robert described feeling like

19  he was "high on methamphetamine" before this attempted suicide and that he had rapid

20  thoughts and could not focus or think.[87] Prior to his suicide attempt Robert told his friend,

21  ▓▓▓▓▓▓▓▓▓), he was tired of his life and alluded to suicide. A couple of

22  days later, ▓▓▓▓▓ learned Robert attempted suicide.[88] In March 2020, Robert wrote to

23  his physician: I am safe. I have had some dark thoughts but work through them as they

[83] Richmond Police report.
[84] Contra Costa County Regional Medical Records, p.7-11, p.18.
[85] Mills Peninsula Medical Records, p.9.
[86] Robert Justus interview.
[87] Id.
[88] ▓▓▓▓▓ interview.

come. I know better things are in store in the future. I will wait to hear from your assistant.[89]

Even after his hospitalization Robert did not discuss his suicide attempts with his family. He recalled his father only asking if he was okay and them preceding as usual.[90] His father described how after his last attempt, Robert slept for three quarters of the day making his father wonder whether Robert's medication or persistent depression was to blame.[91]

*Present Mental Health Condition*

As he has throughout much of his life, Robert continues to struggle with symptoms of his mental illnesses and in finding the proper medication treatment and dosage to address them. Santa Rita Psychological records indicate his first service date began shortly after his arrest where he reported increased anxiety due to the confined space and writing on the cell walls and was initially assessed as having adjustment disorder with depressed mood and anxiety.[92] Upon entering custody, it was noted that Robert was on Lexapro which was continued at the jail.[93] Within weeks, Robert reported "feeling extremely energized, want to run, and go jump, yell. I do not think Zoloft is good for me. Do not want to harm myself or others. Thoughts are rapid can't stay focused"[94] which resulted in a medication increase and additional medications being prescribed to him.[95] For months Robert complained of the side effects of his medication, "I don't like the way it makes me feel I want to see how I do without it. I feel warm and not myself."[96] An August 2020 psychiatric note lists bipolar, anxiety, depression, and adjustment disorder as his diagnosis at the Santa Rita Jail.[97] Robert has been prescribed several medications including Remeron an anti-depressant and Trazadone also an anti-depressant.[98]

---

[89] Kaiser Records EMR Report, p.504.
[90] Robert Justus interview.
[91] ███████ interview.
[92] Santa Rita Psychological records p.9.
[93] Santa Rita Psychological records p.11.
[94] Santa Rita Psychological records p.27.
[95] Santa Rita Psychological records p.27.
[96] Santa Rita Psychological records p.37.
[97] Santa Rita Psychological records p.43.
[98] Santa Rita Psychological records p.53.

Documents also indicate he has been prescribed Effexor, an anti-depressant, and Prazosin, a medication often used to treat sleep disturbances associated with post-traumatic stress disorder,[99] and Venlafaxine, another anti-depressant.[100] Further reports indicate that Robert experienced poor sleep and frequent nightmares[101] and had episodes wherein he stayed up for two days and felt like he was high on methamphetamine.[102] In April 2022, mental health received a written request from Robert where he wrote that he would like to see mental health because he was not doing good and needed help. He further reported feeling helpless and that "things are bad."[103]

*Family History of Substance Abuse*

Robert's maternal grandfather and three maternal uncles were alcoholics.[104] Additionally, Robert's maternal aunt █████ has a history of drug abuse and reportedly showed up high on methamphetamine during a family estate court hearing.[105]

*Robert's Alcohol & Drug Abuse*

Robert has an extensive drug history that began during his adolescence. At age 15 years old Robert began drinking alcohol and using marijuana regularly, along with cocaine and ecstasy pills. During his senior year in high school Robert escalated to using crystal methamphetamine. A drug that triggered hallucinations and paranoia and made him lose weight and stay up for up to four days without sleep.[106] Robert further reported craving sodas and sweets, drawing, and cleaning his house, while under the influence of methamphetamine. His brother, █████ described how, "most of the time [Robert] was under the influence of something" and spent time with other youth who used drugs and had "druggie girlfriends."[107]

---

[99] Santa Rita Psychological records p.93.
[100] Santa Rita Psychological records p.97.
[101] Santa Rita Psychological records p.64.
[102] Santa Rita Psychological records p.76.
[103] Santa Rita Psychological records p.102.
[104] █████ interview.
[105] I
[106] Robert Justus interview.
[107] Robert Justus interview.

Robert's parents became aware of his substance abuse issues when Robert was 16 years old and was found under the influence at school. A San Lorenzo Unified School district report stated, "Robert admitted to being under the influence of alcohol. He said he drank at least 4 shots of Jose Cuervo late last night (about midnight). He was given a PAS test by SRO Ortiz which read .18. Robert was cited by SRO Ortiz for being under the influence."[108] This incident shocked Robert's parents who admittedly ignored the early signs of drug and alcohol use that Robert exhibited[109]such as his mood swings, erratic sleep patterns, truancy, and unpredictable behavior. ███████ acknowledged that his work kept him preoccupied. Robert's mother admitted that "there came a point where [she] couldn't determine if [Robert] was high or not and had to take him at his word."[110]

Robert's drug and alcohol use impacted his attendance at school, and he eventually dropped out of high school in the twelfth grade. After dropping out of high school, Robert moved in with friends where "the alcohol ran like water"[111]and most of the money he earned was spent on alcohol and drugs.[112] ███████ noted that Robert's appearance changed, "he began to look haggard and acted like Dopey from the Seven Dwarfs, dumbfounded and slow to react or respond."[113]

In 2011, Robert was diagnosed with gastroesophageal reflux disease attributed to his alcohol disorder.[114] His medical records indicate that he had abdominal pain and drank a cup of coffee a day along with 2 to 3 sodas, 1 to 10 beers per night 3 to 4 days a week, smoked marijuana once or twice a week, and smoked 1 to 2 packs of cigarettes per day.[115] After Robert's gastroesophageal reflux diagnosis he abstained from alcohol for a period but eventually continued using excessive amounts of alcohol and drugs. During his period of sobriety Robert experienced withdrawal symptoms including body aches and persistent thoughts of alcohol. To cope, Robert drank large amounts of caffeine and

---

[108] San Lorenzo Unified School Records, pg. 5, Royal Sunset High School Records, p. 6.
[109] ███████████████ interview.
[110] ███████████ interview.
[111] Robert Justus interview.
[112] Id.
[113] █████████████ interview.
[114] Kaiser Records EMR, p.32.
[115] Id.

smoked marijuana daily. In 2018, Robert was again diagnosed as having unspecified abdominal pain and alcohol abuse complication.[116]

Robert's alcohol and drug addiction prompted him to seek treatment several times during his life. Robert's medical records are peppered with admissions of his alcohol and drug use and his desire to get help. Robert's 2012 Kaiser medical records when he was 23 years old confirm he was dependent on substances and detailed his use at the time:

> His age of first use of alcohol was 15 years old. The number of days used in the past 30 days was 10 to 15. The frequency of use was 2 to 6 times per week and up to 25 drinks per occasion. Robert reported a desire to cut down his use.[117] His drug use at the time was also captured: Robert admitted to methamphetamine and crank use from age 17 to 18, as well as cocaine and crack occasionally but not since age 19. He also reported using Oxycontin and Vicodin occasionally, and cannabis regularly. He admitted to a history of using LSD, mushrooms, inhalants, ecstasy, as well as over the counter medications such as Triple C.[118]
> He reported to often drinking or using drugs for longer periods of time or in larger amounts than intended and had a persistent desire to cut down on use of alcohol or drugs and failed in attempts to cut down. It is also noted that he spent a great deal of time obtaining, using, or recovering from the effects of drugs or alcohol and gave up or reduced involvement in social, work, or recreational activities, because of his use.[119]

Like many addicts, Robert's alcohol and drug use became his coping mechanism during stressful periods in his life. When he was given additional responsibilities at work, he depended on alcohol to decompress and went to the bar every day after work, sometimes seven days a week.[120] When he sustained a back injury in 2014, his drinking "went through the roof"[121] with him consuming approximately one to two 750 ml bottles of whiskey or hard liquor a day and experiencing memory issues.[122] During stressful periods in his relationship Robert also turned to alcohol. Robert's medical records indicate that his alcohol and cannabis use affected his relationship with █████ so much he was

---

[116] Eden-Sutter Medical Records, p.18 & 24.
[117] Kaiser Records EMR, p.123.
[118] Kaiser Records EMR, p. 123.
[119] Kaiser Records EMR, p. 123-124.
[120] Robert Justus interview.
[121] Id.
[122] Id.

at risk of losing it.[123] ████ admitted to feeling frustrated seeing Robert lying down, drinking, and not helping around the house and stated he regularly missed work because he was too hung over from drinking all day.[124]

Alcohol and the many other destructive behaviors Robert engaged in distracted him from facing the traumatic and difficult experiences that he has gone through in his life. Whenever Robert encountered a problem, he often drank or used drugs to forget them or to lessen their impact resulting in a destructive cycle that affected his physical and mental health.

Robert's records while at Santa Rita jail state, "The client reported that he used every type of substance at some point in his life. He explained that he had been using substances for the last 20 years, including cocaine and methamphetamine. He stated that prior to his incarceration, he had been using primary, muscle relaxers, pain killers, morphine, and acid."[125] Robert's psychological records also demonstrate his history of self-medication to alleviate his mental health symptoms, emotional problems, and physical pain. His records show he self-reported the following: "I have pain in my shoulder, I ran into a wall at 65 MPH (2017) and you guys would not give me anything for it. My body feels like it is on fire. I am irritable and mad. I used to get morphine, codeine and alcohol to help with my pain. Can you give me some alcohol?"[126]

*Robert's History of Substance Disorder Treatment*

In January 2006 at age 15 years old, Kaiser records indicate Robert began receiving chemical dependency treatment in their adolescent program.[127] Robert was placed in an outpatient substance abuse program by his mother after learning of his use. In treatment, Robert tested positive for cocaine and admitted to abusing Nyquil.[128] For Robert, treatment exposed him to other youth who also used drugs and only served to encourage his habit.

---

[123] Kaiser Records EMR, p.124.
[124] ████████ interview.
[125] Santa Rita Psychiatric records, p.107.
[126] Santa Rita Psychiatric records, p.32.
[127] Kaiser Records EMR Report, p.125.
[128] Robert Justus interview.

When Robert continued to use drugs and alcohol post treatment, his parents enlisted the help of ███s second cousin, ████████. To ████, ████████ was an example of what Robert should not be. ████ drank a lot, got into fights, and had a contentious relationship with his ex. ████ thought that by exposing Robert to someone like Mike, who shared similar experiences as Robert, Robert would be "scared straight"[129] and learn by his example of what not to do.[130] Although Robert thought ████ was "bat shit crazy"[131] he spent time with him at his parent's suggestion.

During instances when ████████ and ████ struggled with Robert's substance abuse and emotional outbursts, they sought ████████. Such as when they called ████ when Robert arrived home drunk in high school. To scare Robert, ████████ arrived at the Justus house at one in the morning and handcuffed Robert's hands and legs while he lay asleep on his top bunk. ████████ then dragged Robert off the bed and onto the floor where he fell and hit the back of his head and back.[132]When Robert awoke from the force and impact, he was shocked and terrified.[133] As uncle Mike uncuffed him, he demanded that Robert fight him. [134] The justification being that he wanted Robert to know how to protect himself if he was going to participate in dangerous activities.[135]

While in custody at the Santa Rita jail for the instant offense, Robert met with someone from the Medication Assisted Treatment (MAT) program in August of 2021,[136] and was diagnosed as having an opioid use disorder in April 2022, and referred to substance abuse counseling with Options[137] after writing "I would like to seek treatment for drug abuse and withdrawals."[138] Additionally, records note that "the client wants to address his substance abuse issues. He endorsed that there are drugs around him and he wants to remain abstinent. After receiving the referral to Options, he feels he is coping

---

[129] ████████ interview.
[130] Id.
[131] Robert Justus interview.
[132] ████ interview.
[133] Robert Justus interview.
[134] ████████ interview.
[135] Id.
[136] Santa Rita Psychiatric records, p.91.
[137] Santa Rita Psychiatric records, p.108.
[138] Santa Rita Medical records 1, p.14.

better."[139] Robert also submitted additional referrals requesting follow-ups to his request for treatment.[140]

*Traumatic Loss*

Robert has lost friends to tragic circumstances including drug overdoses and alcohol related accidents. In 2006, Robert's friend, Christobal Gonzalez died in a skateboarding accident. Robert's friend, Laura Ramirez, was also killed in a car accident during Robert's freshman year of high school, as was his friend Rachel Vargas who died during Robert's senior year in high school. █████ recalled how Robert was heartbroken after Laura's death, "he was depressed and erratic. He lost interest in his hobbies and sat in silence around the house."

*Injuries & Medical History*

Robert sustained numerous injuries beginning in childhood. His mother reported taking him to the hospital at age three years old after he hit his head on a table during a family outing.  At the hospital Robert was strapped to a dinosaur table for examination and stiches.[141] Robert was also hospitalized after he cracked a rib playing football at age 14. In high school, Robert had numerous skateboarding accidents where he fell, bruised himself, and sustained concussions.[142] Robert has also purposely hit himself over the head several times with his skateboard and reported being hit by a vehicle as a teenager.[143]

During one incident in adulthood, Robert was riding a skateboard tied to a truck while drunk and accidentally let go and hit his head. Instead of seeking medical treatment, Robert limped away to a local bar he frequented.[144] Robert was also once knocked unconscious by his friend, Donnie. He and Donnie were drinking and boxing on Robert's birthday when one of the punches Donnie landed made Robert's eyes spin and knocked him unconscious.[145] In another incident, Robert banged his head on a table while

---

[139] Santa Rita Psychiatric records, p.111.
[140] Santa Rita Medical records 1, p.16.
[141] █████████ interview.
[142] Robert Justus interview.
[143] Robert Justus interview.
[144] Id.
[145] Id.

at the Hayward Police station where he was being questioned about a hit and run accident he witnessed. During the interview, Robert slammed his head on the table because he was drunk and wanted to go home.[146] Robert banged his head so many times he passed out and woke up at Eden Hospital. Robert described feeling fuzzy from the alcohol and head injury. Eden records state:

> Robert was brought in by ambulance after being drunk in public. He is reported as becoming angry and banging his head on a counter causing a small frontal scalp laceration. This was observed by bystanders who reported he lost consciousness. Robert's diagnosis was alcohol intoxication, contusion of scalp, and scalp laceration. His chief complaint was noted as hitting his head on a counter multiple times. Later that evening, Robert was discovered to have left the hospital without being properly discharged.[147]

Kaiser medical records state that in October of 2010, Robert was seen by Kaiser medical staff after he was reportedly jumped and robbed. Robert had swelling around his eye and abrasions to his body.[148]

As an adult, Robert has been in two motorcycle accidents. He was wearing a helmet in both instances, but experienced symptoms related to a head injury, including fogginess and memory issues after each of them. In July of 2017, Robert was admitted to the hospital via ambulance after he was reportedly sideswiped while riding his motorcycle on the freeway. He was hospitalized at Highland Hospital in Oakland where he was found to have a grade 3 ac joint separation of his left shoulder and was prescribed morphine, ibuprofen, and acetaminophen.[149] Robert was unable to work because of his injuries and temporarily moved to Oregon for six months because he could not afford to pay his rent. Robert is still experiencing pain associated with this accident and intended to have surgery prior to his arrest.

In 2019, Robert was in a second motorcycle accident where he was riding at 65 miles per hour and suddenly hit a vehicle and was subsequently pushed into a side rail. Robert reported vomiting after the accident.[150] Two days after his accident, Robert was

---

[146] Id.
[147] Eden-Sutter Medical Records p.3-4, p.7.
[148] Kaiser Hospital Encounters 1of4, p.3-4, 10.
[149] Highland Hospital (Alameda Health System) p. 1, p. 10, p.12.
[150] Stanford Medical Records, p.4.

assessed at the hospital for groin pain (bruising of genitals, blood in urine) and was diagnosed as having an infarction of his left testicle and testicular fracture. Orchiectomy, a surgery to remove his testicle, was performed and he was given anesthesia and prescribed acetaminophen, codeine, and ciprofloxacin.[151]

*Employment*

Robert was briefly employed at Quiznos and Foot Locker during his teenage years. His first full-time job was working as a locksmith at Foothill Locksmith in Hayward, California, where he worked for two years. Robert then worked at Reed Brother's Security for six months before going to work at Don's Lock & Key, in San Francisco, California, where he was employed for a period of ten years intermittently. Approximately six to eight months before his arrest, Robert left Don's Lock & Key and returned to Reed's Brother's Security where he continued to work as a locksmith. Robert considered his position at Reed's Brothers his dream job. Robert enjoyed working in the locksmith industry and took pride in his work. His former employer, Don Aish (Don), described how Robert was "very friendly"[152] "helped anyone"[153] and "was responsible for working with million-dollar clientele."[154] Don remarked how [he] Don, is moody and yelled but Robert "never snapped and always took it."[155] Don described Robert as "hyper and always keeping himself busy at work"[156] and stated that Robert had access to the master keys of accounts with valuables, but that Don trusted him and never had any problems with Robert doing anything dishonest because he "was not like that." [157] Robert was also described as someone who was helpful to his friends and frequently referred them to Don's business for employment opportunities.

---

[151] Stanford Medical Records, p.4.
[152] Don Aish interview.
[153] Id.
[154] Id.
[155] Id.
[156] Id.
[157] Id.

*Robert as a Father*

As a result of Robert's incarceration his mother has assumed full custody[158]of his son, ████, while his son ████ remains in the custody of his mother, ████. Robert continues to play a role in his children's lives, communicating with them over the phone and staying current on their development and day to day life. Robert's friend, ████ described how "Robert was close to his children and spoke highly of them. He played with them and was goofy." His friend, ████████ also recalled how, "Robert did the best he could to be a good father. There was always food in the house and Robert held a job as a locksmith. It was especially difficult for Robert because ████ mother was not in his life because of drug problems."[159] ████ also described how Robert changed with the birth of his first son ████. He became more responsible with his time and money and no longer hung out with his friends all day because he had to work to provide for his child. Robert was also an overprotective father who tried to protect his son from getting hurt.[160]

*Robert as a Friend*

Robert has been described as someone his friends can confide in. When his friend Briana needed someone to vent to, she turned to Robert because he listened to her and was always kind to her. When the safe at her place of employment malfunctioned Briana called Robert for help. Although Robert was in Oregon at the time, he returned to California to help her out free of charge.[161] Robert also came to Briana's assistance when she needed a car key replacement, approximately two months before his arrest. Robert's friend from high school, ████████, also described Robert as a helpful friend who helped him with a construction project.[162]

## III.  Conclusion

Robert's life experiences include multiple risk factors and environmental influences and stressors. The cumulative effect of these circumstances especially those



158 ████████ interview.
159 ████████ interview.
160 ████████ interview.
161 ████████ interview.
162 ████████ interview.

which occurred during his early developmental years, a period of extreme vulnerability and great impact, included a history of mental illnesses, abuse, trauma, and medical injuries. Unfortunately, Robert's method of coping through these experiences resulted in a destructive substance abuse disorder that further exacerbated already problematic life circumstances and undoubtedly played a significant role in his behavior and cognitions. Further, Robert's educational experience and problematic family interventions only served to compound his problems and induce further harm and trauma. A deeper understanding of Robert's actions and inactions on May 29, 2020, is one that analyzes his social history and the situation and context he found himself in, to help explain how his behavior was a maladaptive response influenced by his history, environment, and other factors.

Robert Justus and his defense team reiterate their firmly held belief that a sentence of life without possibility of release violates Mr. Justus' constitutional rights, is not in the interest of justice, is highly disproportionate and is far more than that which is necessary to accomplish all of the legitimate goals of punishment.

Respectfully submitted this 8th day of March, 2024.


_/s/Shaffy Moeel_
Shaffy Moeel
Richard Novak

Attorneys for Defendant
Robert Justus Jr.

27    DEFENDANT'S SENTENCING MEMO
Case No.: 20-cr-265-YGR