FILED

MAR 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ROBERT ALVIN JUSTUS, Jr., <br><br> Defendant - Appellant. | No. 24-1641 <br><br> D.C. No. 4:20-cr-00265-YGR-2 <br> Northern District of California, Oakland <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motions (Docket Entry Nos. 7 & 8) of appellant's appointed counsel Shaffy Moeel and Richard G. Novak to withdraw as counsel of record and to appoint new counsel are granted.

The Clerk will electronically serve this order on the appointing authority for the Northern District of California, who will locate appointed counsel. The appointing authority is requested to send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

Appellant's new counsel must order the reporter's transcript through submission of a CJA Form 24 to the district court by April 22, 2024. The transcript is due May 22, 2024. The opening brief and excerpts of record are due July 1, 2024; the answering brief is due July 31, 2024; and the optional reply brief

is due within 21 days after service of the answering brief.

If appellant seeks transcripts of proceedings requiring special authorization, that authorization should be obtained from the district court. *See* 6 Guide to Judiciary Policy § 550.40.

The Clerk will serve this order on former counsel and appellant individually.