Vicki Marolt Buchanan
State Bar No. 153318
19201 Sonoma Highway, No. 243
Sonoma, California 92660
Telephone: (707) 343-1907
vickimaroltbuchananpc@gmail.com

Attorney for Defendant/Appellant
Robert Alvin Justus, Jr.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ROBERT ALVIN JUSTUS, JR. ) <br> ) <br> Defendant ) <br> ) | Case No.: 4:20-cr-00265-YGR-2 <br><br> Stipulation for Order Allowing Appellate Counsel to View Sealed Transcripts; [Proposed] Order |

### [PROPOSED] ORDER

PURSUANT TO SIPULATION, Vicki Marolt Buchanan, Appellate Counsel, shall be allowed to view the sealed transcripts at Doc. Nos. 297 and 305. If the transcripts are used on appeal, they shall be filed under seal at the Ninth Circuit.

IT IS SO ORDERED

DATED:  May 20, 2024

_____
Yvonne Gonzalez Rogers
United States District Judge